# EXHIBIT B

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 07/20/18 | | DEPT: SS6 |
| HONORABLE ELIHU M. BERLE  JUDGE | K. JAMESON | DEPUTY CLERK |
| HONORABLE       JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| NONE                 Deputy Sheriff | NONE | Reporter |

| | | | |
|---|---|---|---|
| 10:30 am | BC710739 | Plaintiff Counsel | NO APPEARANCES |
| | KEVIN RISTO VS SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND R O ARTISTS ET AL | Defendant Counsel | |

**NATURE OF PROCEEDINGS:**

COURT ORDER REGARDING NEWLY FILED CLASS ACTION

By this order, the Court determines this case to be Complex according to Rule 3.400 of the California Rules of Court. The Clerk's Office has randomly assigned this case to this department for all purposes.

By this order, the Court stays the case, except for service of the Summons and Complaint. The stay continues at least until the Initial Status Conference. Initial Status Conference is set for September 17, 2018 at 11:00 a.m. in this department. At least 10 days prior to the Initial Status Conference, counsel for all parties must discuss the issues set forth in the Initial Status Conference Order issued this date. The Initial Status Conference Order is to help the Court and the parties manage this complex case by developing an orderly schedule for briefing, discovery, and court hearings. The parties are informally encouraged to exchange documents and information as may be useful for case evaluation.

Responsive pleadings shall not be filed until further Order of the Court. Parties must file a Notice of Appearance in lieu of an Answer or other responsive pleading. The filing of a Notice of Appearance shall not constitute a waiver of any substantive or procedural challenge to the Complaint. Nothing in this order stays the time for filing an Affidavit of

MINUTES ENTERED
07/20/18
COUNTY CLERK

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

| DATE: 07/20/18 | | DEPT. SS6 |
|---|---|---|
| HONORABLE ELIHU M. BERLE            JUDGE | K. JAMESON | DEPUTY CLERK |
| HONORABLE                    JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| NONE                        Deputy Sheriff | NONE | Reporter |

| 10:30 am | BC710739 | Plaintiff Counsel | NO APPEARANCES |
| --- | --- | --- | --- |
| | KEVIN RISTO<br>VS<br>SCREEN ACTORS GUILD-AMERICAN<br> FEDERATION OF TELEVISION AND R<br>O ARTISTS ET AL | Defendant Counsel | |

**NATURE OF PROCEEDINGS:**

Prejudice pursuant to Code of Civil Procedure Section 170.6.

Counsel are directed to access the following link for information on procedures in the Complex Litigation Program courtrooms:

http://www.lacourt.org/division/civil/CI0037.aspx

According to Government Code Section 70616 subdivisions (a) and (b), each party shall pay a fee of $1,000.00 to the Los Angeles Superior Court within 10 calendar days from this date.

The plaintiff must serve a copy of this minute order and the attached Initial Status Conference Order on all parties forthwith and file a Proof of Service in this department within seven days of service.

           CLERK'S CERTIFICATE OF MAILING

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order and Initial Status Conference Order dated 7/20/18
upon each party or counsel named below by placing the document for collection and mailing so as to

MINUTES ENTERED
07/20/18
COUNTY CLERK

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | | |
|---|---|---|---|
| DATE: 07/20/18 | | | DEPT. SS6 |
| HONORABLE ELIHU M. BERLE  JUDGE | K. JAMESON | | DEPUTY CLERK |
| HONORABLE                 JUDGE PRO TEM | | | ELECTRONIC RECORDING MONITOR |
| NONE             Deputy Sheriff | NONE | | Reporter |

| 10:30 am | BC710739 | Plaintiff Counsel | NO APPEARANCES |
| --- | --- | --- | --- |
| | KEVIN RISTO VS SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND R O ARTISTS ET AL | Defendant Counsel | |

NATURE OF PROCEEDINGS:

cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Dated: July 20, 2018

Sherri R. Carter, Executive Officer/Clerk

By: _____
        KELLY JAMESON, JUDICIAL ASSISTANT

Paul R. Kiesel
KIESEL LAW LLP
8648 Wilshire Blvd.
Beverly Hills, CA  90211-2910

MINUTES ENTERED
07/20/18
COUNTY CLERK