# EXHIBIT F

ORIGINAL

JENNER & BLOCK LLP
Andrew J. Thomas (Cal. Bar No. 110022)
athomas@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Fax: (213) 239-5199

Attorney for Defendant SAG-AFTRA

FILED
Superior Court of California
County of Los Angeles

AUG 06 2018

Sherri R. Carter, Executive Officer/Clerk of Court
By_____ Deputy
Brittny Smith

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10,<br><br>Defendants. | Case No. BC710739<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Date:   August 6, 2018 |

1
NOTICE OF APPEARANCE OF COUNSEL
Case No. BC710739

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**, please take notice that Andrew J. Thomas and Jenner & Block LLP hereby appear as counsel for Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"). Henceforth, all briefs, notices, and other documents in this matter should be served on Andrew J. Thomas, JENNER & BLOCK LLP, 633 W. Fifth Street, Suite 3600, Los Angeles, CA 90071, as counsel for SAG-AFTRA.

SAG-AFTRA files this notice of appearance in accordance with the Court's July 20, 2018 order, which directed that responsive pleadings shall not be filed in this matter until further order of the Court, and directed that parties must file a Notice of Appearance in lieu of an Answer or other responsive pleading. Pursuant to the Court's July 20, 2018 order, the filing of this Notice of Appearance shall not constitute a waiver of any substantive or procedural challenge to the Plaintiff's complaint.

Dated: August 6, 2018

JENNER & BLOCK LLP

*/s/ Andrew J. Thomas*
Andrew J. Thomas
Attorney for Defendant SAG-AFTRA

---

2
NOTICE OF APPEARANCE OF COUNSEL
CASE NO. BC710739

## PROOF OF SERVICE

I, **Laura Saltzman**, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Jenner & Block LLP, 633 West 5th Street, Suite 3600, Los Angeles, California 90071.

On **August 6, 2018,** I served the documents described below:

### NOTICE OF APPEARANCE OF COUNSEL

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Jenner & Block LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

☐ (BY OVERNIGHT DELIVERY) I am personally and readily familiar with the business practice of Jenner & Block LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by UPS for overnight delivery.

☐ (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Jenner & Block LLP's electronic mail system to the email addresses set forth below.

| | |
|---|---|
| Paul R. Kiesel<br>kiesel@kiesel.law<br>Mariana A. McConnell<br>mcconnell@kiesel.law<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA  90211-2910<br>Telephone: 310-854-4444<br>Fax: 310-854-0812 | Attorneys for Plaintiff and the Class |
| Neville L. Johnson<br>njohnson@jjllplaw.com<br>Douglas L. Johnson<br>djohnson@jjllplaw.com<br>Jordanna G. Thigpen<br>jthigpen@jjllplaw.com<br>JOHNSON & JOHNSON LLP<br>439 North Canon Drive, Suite 200<br>Beverly Hills, CA  90210<br>Telephone: 310-975-1080<br>Fax: 310-975-1095 | Attorneys for Plaintiff and the Class |

| | | |
|---|---|---|
| 1 | Abigail Carter, Esq. | Attorney for Defendants Raymond M. Hair, |
| 2 | acarter@bredhoff.com | Jr., Tino Gagliardi, Duncan Crabtree-Ireland, |
|   | BREDHOFF & KAISER, PLLC | Stefanie Taub, Jon Joyce and Bruce Bouton |
| 3 | 805 Fifteenth Street, NW, Suite 1000 | |
|   | Washington, DC 20005-2207 | |
| 4 | Telephone: 202-842-2600 | |
|   | Fax: 202-842-1888 | |
| 5 | | |
|   | Russell Naymark, Esq. | In-House Counsel Authorized to Accept |
| 6 | 3220 Winona Avenue | Service for Defendant American Federation |
| 7 | Burbank, CA 91504 | of Musicians of the United States and Canada |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 8, 2018** at Los Angeles, California.



Laura Saltzman