NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Andrew J. Thomas (Cal. Bar No. 110022); Kenneth L. Doroshow (applying pro hac vice); Devi M. Rao (applying pro hac vice); and Andrew G. Sullivan (Cal. Bar No. 301122).

Jenner & Block, LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100

ATTORNEY(S) FOR: All Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kevin Risto, on behalf of himself and all others similarly situated.

Plaintiff(s),

v.

SAG-AFTRA, AFM, Raymond Hair, Toni Gagliardi, Duncan Crabtree-Ireland, Stefanie Taub, Jon Joyce, Bruce Bouton, and Does 1-10.

Defendant(s)

CASE NUMBER:

2:18-cv-07241

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___All Defendants___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| 1. Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA") | Defendant |
| 2. American Federation of Musicians of the U.S. and Canada ("AFM") | Defendant |
| 3. Raymond M. Hair, Jr. | Defendant |
| 4. Tino Gagliardi | Defendant |
| 5. Duncan Crabtree-Ireland | Defendant |
| 6. Stefanie Taub | Defendant |
| 7. Jon Joyce | Defendant |
| 8. Bruce Bouton | Defendant |
| 9. Kevin Risto | Plaintiff |

8/17/2018
Date

/s/ Andrew J. Thomas
Signature

Attorney of record for (or name of party appearing in pro per):

All Defendants

CV-30 (05/13)                                NOTICE OF INTERESTED PARTIES