1 | JENNER & BLOCK LLP
Andrew J. Thomas (Cal. Bar No. 110022)
2 | athomas@jenner.com
Andrew G. Sullivan (Cal. Bar No. 301122)
3 | agsullivan@jenner.com
633 West 5th Street, Suite 3600
4 | Los Angeles, CA 90071
Telephone: (213) 239-5100
5 | Fax: (213) 239-5199

6 | JENNER & BLOCK LLP
Kenneth L. Doroshow (applying *pro hac vice*)
7 | kdoroshow@jenner.com
Devi M. Rao (applying *pro hac vice*)
8 | drao@jenner.com
1099 New York Avenue, NW, Suite 900
9 | Washington, D.C. 20001
Telephone: (202) 639-6000
10 | Fax: (202) 639-6066

11 | Attorneys for All Defendants

12 |

**UNITED STATES DISTRICT COURT**

13 |

**CENTRAL DISTRICT OF CALIFORNIA**

14 |

15 |

16 | KEVIN RISTO, on behalf of himself and all others similarly situated,

Case No. 2:18-cv-07241

17 | Plaintiff,

**PROOF OF SERVICE OF NOTICE OF REMOVAL TO ADVERSE PARTY**

18 | vs.

19 | SCREEN ACTORS GUILD-AMERICAN FEDERATION OF
20 | TELEVISION AND RADIO ARTISTS, a Delaware corporation;
21 | AMERICAN FEDERATION OF MUSICIANS OF THE UNITED
22 | STATES AND CANADA, a California nonprofit corporation; RAYMOND M.
23 | HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual
24 | Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as
25 | Trustee of the AFM and SAG-AFTRA Intellectual Property Rights
26 | Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual,
27 | as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights
28 | Distribution Fund; STEFANIE TAUB,

[Los Angeles County Superior Court Case No. BC710739]

1

1  an individual, as Trustee of the AFM
   and SAG-AFTRA Intellectual Property
2  Rights Distribution Fund; JON JOYCE,
   an individual, as Trustee of the AFM
3  and SAG-AFTRA Intellectual Property
   Rights Distribution Fund; BRUCE
4  BOUTON, an individual, as Trustee
   of the AFM and SAG-AFTRA
5  Intellectual Property Rights
   Distribution Fund; and DOE
6  DEFENDANTS 1-10,

7              Defendants.

8

9                          **PROOF OF SERVICE**

10        I am a citizen of the United States and resident of the State of California.  I

11  am employed in Los Angeles, State of California, in the office of a member of the

12  bar of this Court, at whose direction the service was made.  I am over the age of

13  eighteen years and not a party to the within action.

14        On August 17, 2018, I served the following documents in the manner

15  described below:

                          **SEE DOCUMENT LIST**
16

17  ☐   **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this
        document by electronic mail to the party(s) identified on the service list below using
18      the email address(es) indicated.

19  ☑   **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business
        practice of Jenner & Block LLP for collection and processing of correspondence for
20      overnight delivery, and I caused such document(s) described herein to be deposited
21      for delivery to a facility regularly maintained for overnight delivery.

22  ☐   **(BY HAND DELIVERY)**  Envelope to be delivered by hand to the following
        address:
23

24

25

26

27

28

                                    2
                            PROOF OF SERVICE

On the following parties:

| | |
|---|---|
| Paul R. Kiesel | Neville L. Johnson |
| kiesel@kiesel.law | njohnson@jjllplaw.com |
| Mariana A. McConnell | Douglas L. Johnson |
| mcconnell@kiesel.law | djohnson@jjllplaw.com |
| KIESEL LAW LLP | Jordanna G. Thigpen |
| 8648 Wilshire Boulevard | jthigpen@jjllplaw.com |
| Beverly Hills, CA  90211-2910 | JOHNSON & JOHNSON LLP |
| Telephone:  310-854-4444 | 439 North Canon Drive, Suite 200 |
| Fax:  310-854-0812 | Beverly Hills, CA  90210 |
| | Telephone:  310-975-1080 |
| | Fax:  310-975-1095 |
| | Beverly Hills, CA 90210 |

*Attorneys for the Plaintiffs*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2018, in Los Angeles, California:

By: _____
Laura Saltzman

## DOCUMENT LIST

1. **NOTICE OF REMOVAL WITH EXHIBITS A - H**

2. **CIVIL COVER SHEET**

3. **CORPORATE DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST**

PROOF OF SERVICE