JENNER & BLOCK LLP
Andrew J. Thomas (Cal. Bar No. 159533)
athomas@jenner.com
Andrew G. Sullivan (Cal. Bar No. 301122)
agsullivan@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Fax: (213) 239-5199

JENNER & BLOCK LLP
Kenneth L. Doroshow (*pro hac vice*)
kdoroshow@jenner.com
Devi M. Rao (*pro hac vice*)
drao@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
Fax: (202) 639-6066

Attorneys for All Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

KEVIN RISTO, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB,

Case No. 2:18-cv-07241-CAS-PLA

**PROOF OF SERVICE**

[Los Angeles County Superior Court Case No. BC710739]

1

PROOF OF SERVICE

1    an individual, as Trustee of the AFM
     and SAG-AFTRA Intellectual Property
2    Rights Distribution Fund; JON JOYCE,
     an individual, as Trustee of the AFM
3    and SAG-AFTRA Intellectual Property
     Rights Distribution Fund; BRUCE
4    BOUTON, an individual, as Trustee
     of the AFM and SAG-AFTRA
5    Intellectual Property Rights
     Distribution Fund; and DOE
6    DEFENDANTS 1-10,

7              Defendants.

8

9                    **PROOF OF SERVICE**

10          I am a citizen of the United States and resident of the State of California.  I

11   am employed in Los Angeles, State of California, in the office of a member of the

12   bar of this Court, at whose direction the service was made.  I am over the age of

13   eighteen years and not a party to the within action.

14          On September 4, 2018, I served the following documents in the manner

15   described below:

16                    **NOTICE TO COUNSEL**

17   ☐    **BY ELECTRONIC TRANSMISSION** – I transmitted a PDF version of this
          document by electronic mail to the party(s) identified on the service list below using
18        the email address(es) indicated.

19   ☑    **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business
          practice of Jenner & Block LLP for collection and processing of correspondence for
20        overnight delivery, and I caused such document(s) described herein to be deposited
          for delivery to a facility regularly maintained for overnight delivery.
21

22   ☐    **(BY HAND DELIVERY)**  Envelope to be delivered by hand to the following
          address:
23

24

25

26

27

28

                                        2

1    On the following parties:

2                Paul R. Kiesel                              Neville L. Johnson
3            kiesel@kiesel.law                        njohnson@jjllplaw.com
             Mariana A. McConnell                         Douglas L. Johnson
4           mcconnell@kiesel.law                        djohnson@jjllplaw.com
5            KIESEL LAW LLP                              Jordanna G. Thigpen
             8648 Wilshire Boulevard                      jthigpen@jjllplaw.com
6         Beverly Hills, CA  90211-2910              JOHNSON & JOHNSON LLP
7          Telephone: 310-854-4444               439 North Canon Drive, Suite 200
           Fax:  310-854-0812                         Beverly Hills, CA  90210
8                                                       Telephone: 310-975-1080
9                                                        Fax:  310-975-1095
                                                       Beverly Hills, CA 90210
10
11                            *Attorneys for the Plaintiffs*

12
13        I declare under penalty of perjury under the laws of the United States of
14   America that the foregoing is true and correct.
15        Executed on September 4, 2018, in Los Angeles, California:

16                              By:  _____
17                                   Laura Saltzman
18
19
20
21
22
23
24
25
26
27
28