1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, | Case No. 2:18-cv-07241-CAS-PLA<br><br>Class Action<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND RELIEF FROM LOCAL RULE 23-3**<br><br>Judge: Hon. Christina A. Snyder<br>Ctrm:  8D |

| | |
|---|---|
| 1 | as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants. |
| 12 | |

After full consideration of the joint stipulation submitted by all Parties, it is hereby ordered that:

1. Defendants' shall file any motion to dismiss Plaintiff's class action complaint on or before September 17, 2018;

2. Plaintiff's Opposition to Defendants' motion to dismiss Plaintiff's class action complaint, if any, shall be filed on or before October 8, 2018;

2. Defendant's Reply to Plaintiff's Opposition, if any, shall be filed on or before October 22, 2018;

3. The hearing date for Defendants' motion to dismiss shall be November 5, 2018.

4. The deadline for Plaintiff to file a Motion for Class Certification under Local Rule 23-3 is suspended until the same is set at the Scheduling Conference.

IT IS SO ORDERED.

Dated: _____

The Honorable Christina A. Snyder
United States District Court Judge