# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEVIN RISTO, on behalf of himself and all others similarly situated,
Plaintiff,

vs.

SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA

Case No. 2:18-cv-07241-CAS-PLA

Class Action

**ORDER APPROVING STIPULATED PROTECTIVE ORDER**

Intellectual Property Rights Distribution Fund;
BRUCE BOUTON, an individual, as Trustee
of the AFM and SAG-AFTRA Intellectual
Property Rights Distribution Fund; and DOE
DEFENDANTS 1-10,
Defendants.

## <u>ORDER</u>

Having reviewed the Proposed Stipulated Protective Order filed on behalf of all parties to this action on July 5, 2019 (Dkt. No. 35) (the "§Stipulated Protective Order"), and finding that good cause exists,

The Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

Dated: July 8, 2019

_____
Honorable Paul L. Abrams
United States Magistrate Judge