JENNER & BLOCK LLP
Andrew J. Thomas (Cal. Bar No. 159533)
ajthomas@jenner.com
Andrew G. Sullivan (Cal. Bar No. 301122)
agsullivan@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

JENNER & BLOCK LLP
Devi M. Rao (admitted *pro hac vice*)
drao@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for All Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SCREEN ACTORS GUILD- AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA | Case No. 2:18-cv-07241-CAS-PLA <br><br> Class Action <br><br> **[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL** <br><br> Date:  January 15, 2019 <br> Time:  10:00 a.m. <br> Dept.:  780 <br> Judge:  Hon. Paul L. Abrams <br><br> Discovery Cut-Off:  Not Scheduled <br> Pre-Trial Conference:  Not Scheduled <br> Trial Date:  Not Scheduled |

| | |
|---|---|
| 1 | Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE RESPONDING PARTY 1-10, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Responding Party. |

# **[PROPOSED] ORDER**

Having reviewed Defendants' Application for Leave to File Under Seal Exhibits 1 and 2 to the December 17, 2019 Declaration of Mariana McConnell and finding that good cause exists,

Defendants' Application for to Leave to File Under Seal is Granted.

IT IS SO ORDERED.

Dated:  December __, 2019              _____
                                       Honorable Paul L. Abrams
                                       United States Magistrate Judge