JENNER & BLOCK LLP
Andrew J. Thomas (Cal. Bar No. 159533)
ajthomas@jenner.com
Andrew G. Sullivan (Cal. Bar No. 301122)
agsullivan@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

JENNER & BLOCK LLP
Devi M. Rao (admitted *pro hac vice*)
drao@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for All Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN | Case No. 2:18-cv-07241-CAS-PLA<br><br>Class Action<br><br>**PROOF OF SERVICE**<br><br>[Filed concurrently with: Application for Leave to File Under Seal; Documents Proposed to be Filed Under Seal; and [Proposed] Order re Application for Leave to File Under Seal]<br><br>Date:    January 15, 2019<br>Time:   10:00 a.m.<br>Dept.:  780<br>Judge:  Hon. Paul L. Abrams<br><br>Discovery Cut-Off:    Not Scheduled<br>Pre-Trial Conference:  Not Scheduled<br>Trial Date:              Not Scheduled |

| | |
|---|---|
| 1 | CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE RESPONDING PARTY 1-10, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Responding Party. |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE

I, **Alonso Ponce**, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Jenner & Block LLP, 633 West 5th Street, Suite 3600, Los Angeles, California 90071.

On **December 23, 2019,** I served the documents described below:

1. **DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL**
2. **DECLARATION OF ANDREW J. THOMAS IN SUPPORT OF LEAVE TO FILE UNDER SEAL**
3. **EXHIBIT 1 TO DECLARATION OF MARIANA MCCONNELL**
4. **EXHIBIT 2 TO DECLARATION OF MARIANA MCCONNELL**

☑ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Jenner & Block LLP for collection and processing of correspondence for mailing with the United States Parcel Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Los Angeles, California.

☐ (BY OVERNIGHT DELIVERY) I am personally and readily familiar with the business practice of Jenner & Block LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by UPS for overnight delivery.

☐ (BY ELECTRONIC SERVICE) By electronically mailing a true and correct copy through Jenner & Block LLP's electronic mail system to the email addresses set forth below.

| | |
|---|---|
| Paul R. Kiesel<br>kiesel@kiesel.law<br>Mariana A. McConnell<br>mcconnell@kiesel.law<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA  90211-2910<br>Telephone:  310-854-4444<br>Fax:  310-854-0812 | Attorneys for Plaintiff and the Class |

| | |
|---|---|
| Neville L. Johnson<br>njohnson@jjllplaw.com<br>Douglas L. Johnson<br>djohnson@jjllplaw.com<br>Jordanna G. Thigpen<br>jthigpen@jjllplaw.com<br>JOHNSON & JOHNSON LLP<br>439 North Canon Drive, Suite 200<br>Beverly Hills, CA  90210<br>Telephone:  310-975-1080<br>Fax:  310-975-1095 | Attorneys for Plaintiff and the Class |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 23, 2019** at Los Angeles, California.

Alonso Ponce