JENNER & BLOCK LLP
Andrew J. Thomas (Cal. Bar No. 159533)
ajthomas@jenner.com
Andrew G. Sullivan (Cal. Bar No. 301122)
agsullivan@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

JENNER & BLOCK LLP
Devi M. Rao (admitted *pro hac vice*)
drao@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
Facsimile: (202) 639-6066

*Attorneys for All Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA | Case No. 2:18-cv-07241-CAS-PLA<br><br>Class Action<br><br>**NOTICE OF JOINT STIPULATION RE: MOTION TO COMPEL DISCOVERY UNDER L.R. 37-2**<br><br>Date:   January 15, 2019<br>Time:   10:00 a.m.<br>Dept.:  780<br>Judge:  Hon. Paul L. Abrams<br><br>Discovery Cut-Off:   Not Scheduled<br>Pre-Trial Conference: Not Scheduled<br>Trial Date:           Not Scheduled |

---

NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY

2961427

| | |
|---|---|
| 1 | Intellectual Property Rights |
| 2 | Distribution Fund; DUNCAN |
| | CRABTREE-IRELAND, an individual, |
| 3 | as Trustee of the AFM and SAG- |
| 4 | AFTRA Intellectual Property Rights |
| | Distribution Fund; STEFANIE TAUB, |
| 5 | an individual, as Trustee of the AFM |
| 6 | and SAG-AFTRA Intellectual Property |
| | Rights Distribution Fund; JON JOYCE, |
| 7 | an individual, as Trustee of the AFM |
| 8 | and SAG-AFTRA Intellectual Property |
| | Rights Distribution Fund; BRUCE |
| 9 | BOUTON, an individual, as Trustee |
| 10 | of the AFM and SAG-AFTRA |
| | Intellectual Property Rights |
| 11 | Distribution Fund; and DOE |
| 12 | RESPONDING PARTY 1-10, |
| 13 | Responding Party. |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 15, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 780 of the Roybal Federal Building and United States Courthouse, located at 255 E. Temple Street, Los Angeles, California 90012, 5th Floor, before the Honorable Paul L. Abrams, Defendants Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), American Federation of Musicians of the United States and Canada ("AFM"), Raymond M. Hair, Jr., Tino Gagliardi, Duncan Crabtree-Ireland, Stefanie Taub, Jon Joyce, and Bruce Bouton (collectively, "Defendants") will, and hereby do, move the Court for an order compelling Plaintiff Kevin Risto to produce documents responsive to Plaintiff's Requests for Production Nos. 7-10.

This Motion is made pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37-2. This Motion is based on this Notice of Motion and Motion, the concurrently filed Joint Stipulation and Declaration of Andrew J. Thomas with Exhibits A-D, the record in this matter, and any further evidence or argument that may be received by the Court at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 37-1 which took place on November 13, 2019.

DATED: December 23, 2019            JENNER & BLOCK LLP

By: _____
Andrew J. Thomas
Andrew G. Sullivan

JENNER & BLOCK LLP
Devi M. Rao (*pro hac vice*)

*Attorneys for All Defendants*

2961427

1
NOTICE OF MOTION AND MOTION TO COMPEL DISCOVERY