| | |
|---|---|
| JENNER & BLOCK LLP<br>Andrew J. Thomas (SBN 159533)<br>ajthomas@jenner.com<br>Andrew G. Sullivan (SBN 301122)<br>agsullivan@jenner.com<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071<br>Telephone: (213) 239-5100<br>Facsimile:  (213) 239-5199 | JENNER & BLOCK LLP<br>Devi M. Rao (admitted *pro hac vice*)<br>drao@jenner.com<br>1099 New York Avenue, NW, Suite 900<br>Washington, D.C. 20001<br>Telephone: (202) 639-6000<br>Facsimile:  (202) 639-6066 |

*Attorneys for Defendants*

| | |
|---|---|
| KIESEL LAW LLP<br>Paul R. Kiesel (SBN 119854)<br>kiesel@kiesel.law<br>Mariana A. McConnell (SBN 273225)<br>mcconnell@kiesel.law<br>8648 Wilshire Boulevard<br>Beverly Hills, California 90211<br>Telephone: (310) 854-4444<br>Facsimile: (310) 854-0812 | JOHNSON & JOHNSON LLP<br>Neville L. Johnson (SBN 66329)<br>njohnson@jjllplaw.com<br>Jordanna G. Thigpen (SBN 232642)<br>jthigpen@jjllplaw.com<br>Daniel B. Lifschitz (SBN 285068)<br>dlifschitz@jjllplaw.com<br>439 North Canon Drive, Suite 200<br>Beverly Hills, California 90210<br>Telephone: (310) 975-1080<br>Facsimile: (310) 975-1095 |

*Attorneys for Plaintiff and Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; | Case No. 2:18-cv-07241-CAS-PLA<br><br>Class Action<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL SCHEDULE**<br><br>Complaint filed: June 22, 2018<br><br>Amended complaint filed: November 11, 2018 |

JOINT STIPULATION TO CONTINUE PRETRIAL SCHEDULE

| | |
|---|---|
| 1 | AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE RESPONDING PARTY 1-10,<br><br>              Responding Party. | |

JOINT STIPULATION TO CONTINUE PRETRIAL SCHEDULE

  Plaintiff Kevin Risto ("Plaintiff") and Defendants Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), American Federation of Musicians of the United States and Canada ("AFM"), Raymond M. Hair, Jr., Tino Gagliardi, Duncan Crabtree-Ireland, Stefanie Taub, Jon Joyce, and Bruce Bouton (collectively "Defendants"), by and through their respective counsel of record, stipulate and jointly request that the Court continue the pretrial schedule in accordance with the dates proposed below.

1. WHEREAS, the Court entered a Stipulated Scheduling Order on October 8, 2019, which revised the initial Scheduling Order entered by the Court on February 11, 2019, to allow time for the parties to pursue settlement discussions and mediation.

2. WHEREAS, since entry of the revised Stipulated Scheduling Order, the Parties have continued to be actively engaged in discovery.

3. WHEREAS, Defendants have completed their review of well in excess of 100,000 documents identified in response to the custodians and search terms agreed upon in meet-and-confer discussions among counsel. Defendants have produced more than 40,000 pages of documents to date and are nearing the end of their production in response to Plaintiff's document requests, which will include the production of Defendants' privilege log. Plaintiffs have meanwhile completed their production in response to Defendants' document requests.

4. WHEREAS, both Parties have also engaged in third-party discovery since entry of the Stipulated Scheduling Order, including multiple subpoenas issued by Defendants on non-parties (Transparence Entertainment Group, Dennis Dreith, Shari Hoffman, and Bruce Waynne), as well as a subpoena served by Plaintiff on Miller Kaplan Arase LLP, an accounting firm that has advised the AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund, and are in the process of meeting and conferring regarding the scope of those subpoenas.

5. WHEREAS, the Parties have sought and received judicial resolution regarding discovery disputes through motion practice before the Honorable Magistrate Judge Paul L. Abrams, which resulted in an order issued by Magistrate Judge Abrams on January 8, 2020.

6. WHEREAS, the Parties have engaged in informal settlement discussions since the entry of the Stipulated Scheduling Order, but have yet to engage in formal mediation proceedings.

7. WHEREAS, counsel for Plaintiff has been engaged in a two-month, multi-phase trial in the Superior Court for the County of San Diego which is now near completion, which has had the effect of delaying the commencement of formal mediation proceedings.

8. WHERAS, the Parties request additional time to pursue settlement discussions and engage in mediation proceedings.

9. WHEREAS, in light of the foregoing, the parties jointly propose, subject to Court approval, that the Court vacate the Status Conference currently scheduled for February 24, 2020, and issue a revised Scheduling Order to continue the dates previously set by the Court as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Settlement Completion Cutoff | January 31, 2020 | April 30, 2020 |
| Status Conference re Settlement | February 24, 2020 11:00 a.m. | May 18, 2020 11:00 a.m. |
| Class Certification Motion Cutoff | March 23, 2020 | June 29, 2020 |
| Opposition to Class Certification Motion Cutoff | April 27, 2020 | August 3, 2020 |
| Reply to Class Certification Motion Cutoff | May 22, 2020 | August 28, 2020 |
| Hearing on Motion for Class Certification | June 8, 2020 10:00 a.m. | September 14, 2020 10:00 a.m. |

JOINT STIPULATION TO CONTINUE PRETRIAL SCHEDULE

| Joint Status Report Cutoff | June 29, 2020 | September 28, 2020 |
| Further Scheduling Conference | July 6, 2020 11:00 a.m. | October 5, 2020 11:00 a.m. |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: February 18, 2020          JENNER & BLOCK LLP

/s/ Andrew J. Thomas
Andrew J. Thomas
Andrew G. Sullivan

*Attorneys for All Defendants*

Dated: February 18, 2020          KIESEL LAW LLP

/s/ Mariana A. McConnell
Paul R. Kiesel
Mariana A. McConnell

Dated: February 18, 2020          JOHNSON & JOHNSON LLP

/s/ Jordanna G. Thigpen
Jordanna G. Thigpen

*Attorneys for Plaintiff and the Class*

JOINT STIPULATION TO CONTINUE PRETRIAL SCHEDULE