**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, | Case No. 2:18-cv-07241-CAS-PLA<br><br>Class Action<br><br>**[PROPOSED] STIPULATED SCHEDULING ORDER**<br><br>Complaint filed: June 22, 2018<br><br>Amended complaint filed: November 11, 2018 |

as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE RESPONDING PARTY 1-10,

        Responding Party.

[PROPOSED] STIPULATED SCHEDULING ORDER

Pursuant to the parties' Stipulation, and for good cause shown, in light of the requested continuance of pre-trial dates, the following dates are changed as set forth below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Settlement Completion Cutoff | January 31, 2020 | April 30, 2020 |
| Status Conference re Settlement | February 24, 2020 11:00 a.m. | May 18, 2020 11:00 a.m. |
| Class Certification Motion Cutoff | March 23, 2020 | June 29, 2020 |
| Opposition to Class Certification Motion Cutoff | April 27, 2020 | August 3, 2020 |
| Reply to Class Certification Motion Cutoff | May 22, 2020 | August 28, 2020 |
| Hearing on Motion for Class Certification | June 8, 2020 10:00 a.m. | September 14, 2020 10:00 a.m. |
| Joint Status Report Cutoff | June 29, 2020 | September 28, 2020 |
| Further Scheduling Conference | July 6, 2020 11:00 a.m. | October 5, 2020 11:00 a.m. |

**IT IS SO ORDERED.**

Dated: _____       _____
                               The Hon. Christina A. Snyder
                               United States District Judge