JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Andrew G. Sullivan (SBN 301122)
agsullivan@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

JENNER & BLOCK LLP
Devi M. Rao (admitted *pro hac vice*)
drao@jenner.com
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
Facsimile:  (202) 639-6066

*Attorneys for Defendants*

KIESEL LAW LLP
Paul R. Kiesel (SBN 119854)
kiesel@kiesel.law
Mariana A. McConnell (SBN 273225)
mcconnell@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

JOHNSON & JOHNSON LLP
Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Jordanna G. Thigpen (SBN 232642)
jthigpen@jjllplaw.com
Daniel B. Lifschitz (SBN 285068)
dlifschitz@jjllplaw.com
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095

*Attorneys for Plaintiff and Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; | Case No. 2:18-cv-07241-CAS-PLA<br><br>Class Action<br><br>**JOINT STATUS REPORT FOLLOWING ADR PROCEEDINGS**<br><br>Complaint filed: June 22, 2018<br><br>Amended complaint filed: November 11, 2018 |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21 | AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE RESPONDING PARTY 1-10,<br><br>            Responding Party. |

JOINT STATUS REPORT RE: ADR PROCEEDINGS

Plaintiff Kevin Risto ("Plaintiff") and Defendants Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), American Federation of Musicians of the United States and Canada ("AFM"), Raymond M. Hair, Jr., Tino Gagliardi, Duncan Crabtree-Ireland, Stefanie Taub, Jon Joyce, and Bruce Bouton (collectively "Defendants"), by and through their respective counsel of record, jointly submit this status update to the Court pursuant to the Court's February 11, 2019 Order referring the parties to private mediation. *See* Dkt. 33.

On April 28, 2020, the parties engaged in a full-day mediation session facilitated electronically by the Honorable Justice Steven J. Stone and his support staff at JAMS. In attendance at this digital mediation were Plaintiff and counsel from Johnson & Johnson LLP and Kiesel Law LLP; Defendants' litigation counsel from Jenner & Block LLP; counsel from AFM; counsel from SAG-AFTRA; Stefanie Taub in her capacity as CEO of the Fund; the Fund's outside counsel at Bredhoff & Kaiser PLLC; as well as Raymond M. Hair and Duncan Crabtree-Ireland, in their respective capacities as Fund Trustees. The parties exchanged briefs in advance of the mediation.

While all key decision makers necessary to arrive at a settlement proposal were present, no agreement was reached by the parties in the course of the day-long mediation. The parties are scheduled to appear before the Court on May 18, 2020 at 11:00 a.m. for a hearing regarding settlement status. The parties will provide any further settlement updates to the Court as they become available.

Respectfully submitted,

Dated:   May 5, 2020                    JENNER & BLOCK LLP


                                        /s/ Andrew J. Thomas
                                        Andrew J. Thomas
                                        Andrew G. Sullivan

                                        *Attorneys for All Defendants*

| | | |
|---|---|---|
| Dated: | May 5, 2020 | KIESEL LAW LLP |

/s/ Mariana A. McConnell
Mariana A. McConnell
Paul R. Kiesel

| | | |
|---|---|---|
| Dated: | May 5, 2020 | JOHNSON & JOHNSON LLP |

/s/ Jordanna G. Thigpen
Jordanna G. Thigpen
Neville L. Johnson

*Attorneys for Plaintiff and the Class*