KIESEL LAW LLP
Paul R. Kiesel (SBN 119854)
  kiesel@kiesel.law
Mariana A. McConnell (SBN 273225)
  mcconnell@kiesel.law
Nico L. Brancolini (SBN 318237)
  brancolini@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:   310-854-4444
Fax:   310-854-0812

JOHNSON & JOHNSON LLP
Neville L. Johnson (SBN 66329)
  njohnson@jjllplaw.com
Douglas L. Johnson (SBN 209216)
  djohnson@jjllplaw.com
Daniel Lifschitz (SBN 285068)
  dlifschitz@jjllplaw.com
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Tel:   310-975-1080
Fax:   310-975-1095

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; AUGUSTINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of | CASE NO. 2:18-cv-07241-CAS-PLA<br><br>**CLASS ACTION**<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL DISCOVERY UNDER L.R. 37-2**<br><br>**Date:**   July 15, 2020<br>**Time:**   10:00 a.m.<br>**Dept:**   780<br>**Judge:**   Hon. Paul L. Abrams<br><br>Discovery Cut-Off:   Not Set<br>Pre-Trial Conference:   Not Set<br>Trial Date:   Not Set |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10,<br><br>    Defendants. |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on July 15, 2020 at 10:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 780 of the Roybal Federal Building and United States Courthouse, located at 255 E. Temple Street, Los Angeles, California 90012, 5th Floor, before the Honorable Paul L. Abrams, Plaintiff Kevin Risto will, and hereby does, move the Court for an order compelling Defendants Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), American Federation of Musicians of the United States and Canada ("AFM"), Raymond M. Hair, Jr., Augustino Gagliardi, Duncan Crabtree-Ireland, Stefanie Taub, Jon Joyce, and Bruce Bouton (collectively, "Defendants") to produce the documents listed on lines 1-49 of the Privilege Log.

    This Motion is made pursuant to Federal Rule of Civil Procedure 37 and Local Rule 37-2. This Motion is based on this Notice of Motion and Motion, the concurrently filed Joint Stipulation and Declaration of Mariana A. McConnell with Exhibits 1-6, the record in this matter, and any further evidence or argument that may be received by the Court at or before the hearing on this Motion.

    This motion is made following the conference of counsel pursuant to L.R. 37-1 which took place telephonically on May 22, 2020.

| | | |
|---|---|---|
| DATED: June 10, 2020 | | KIESEL LAW LLP |

By: *MAM*

Paul R. Kiesel
Mariana A. McConnell
Nico L. Brancolini

JOHNSON & JOHNSON LLP
Neville L. Johnson
Daniel Lifschitz

*Attorneys for Plaintiffs and the Class*