1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated, | CASE NO. 2:18-cv-07241-CAS-PLA |
| Plaintiff, | **CLASS ACTION** |
| vs. | **DISCOVERY MATTER** |
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; AUGUSTINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10, | **[PROPOSED] ORDER FOLLOWING JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>**Date:** July 15, 2020<br>**Time:** 10:00 a.m.<br><br>**Judge:** Hon. Paul L. Abrams<br><br>Discovery Cut-Off: Not Set<br>Pre-Trial Conference: Not Set<br>Trial Date: Not Set |
| Defendants. | |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having reviewed the parties' papers with respect to the Plaintiff's Motion to Compel Discovery and accompanying joint stipulation and upon consideration of the arguments therein, the Court rules as follows:

1.     Plaintiffs' Motion to Compel is granted. Defendants are to produce the documents listed on lines 1- 49 of the Privilege Log.

**IT IS SO ORDERED.**

DATED: _____                    _____
                                       HON. PAUL L. ABRAMS
                                       United States District Magistrate Judge

1