# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

**Case No.:** **CV 18-7241-CAS (PLAx)**  **Date:** **July 28, 2020**

**Title:** **Kevin Risto, etc. v. Screen Actors Guild-Am.Federation of Television and Radio Artists, et al.**

---

**PRESENT: THE HONORABLE   PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**  
NONE

**ATTORNEYS PRESENT FOR DEFENDANT(S):**  
NONE

**PROCEEDINGS:  (IN CHAMBERS)   Defendants' Motion to Stay (ECF No. 63)**

The Court has reviewed defendants' Motion to Stay ("Motion" (ECF No. 63)) this Court's July 8, 2020, Order re plaintiff's Motion to Compel (ECF No. 58), pending review by the District Judge of the objections filed by defendants pursuant to Rule 72(a) of the Federal Rules of Civil Procedure.  (ECF No. 59).

Defendants' Motion (ECF No. 63) is **granted**.  See C.D. Local Rule 72-2.2.  The Court's July 8, 2020, Order shall be stayed with respect to defendants' production of document(s) as ordered in ECF No. 58.


cc:     Counsel of Record


Initials of Deputy Clerk     ch