KIESEL LAW LLP
Paul R. Kiesel (SBN 119854)
kiesel@kiesel.law
Mariana A. McConnell (SBN 273225)
mcconnell@kiesel.law
Nico L. Brancolini
brancolini@kiesel.law
8648 Wilshire Boulevard
Beverly Hills, CA  90211-2910
Telephone:  310-854-4444
Facsimile:  310-854-0812

JOHNSON & JOHNSON LLP
Neville L. Johnson (SBN 66329)
njohnson@jjllplaw.com
Daniel B. Lifschitz (SBN 285068)
dlifschitz@jjllplaw.com
439 North Canon Drive, Suite 200
Beverly Hills, CA  90210
Telephone:  310-975-1080
Facsimile:  310-975-1095

JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
Andrew G. Sullivan (SBN 301122)
agsullivan@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: 213-239-5100
Facsimile:  213-239-5199

*Attorneys for Plaintiff and the Class*

*Attorneys for All Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR., an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN | **Case No. 2:18-cv-07241-CAS-PLA**<br><br>Class Action<br><br>**JOINT STATUS REPORT FOR OCTOBER 5, 2020 CONFERENCE**<br><br>Complaint filed: June 22, 2018<br><br>Trial Date: None |

CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10,

Defendants.

Plaintiff Kevin Risto ("Plaintiff") and Defendants Screen Actors Guild-American Federation of Television and Radio Artists ("SAG-AFTRA"), American Federation of Musicians of the United States and Canada ("AFM"), Raymond M. Hair, Jr., Tino Gagliardi, Duncan Crabtree-Ireland, Stefanie Taub, Jon Joyce, and Bruce Bouton (collectively "Defendants"), by and through their respective counsel of record, jointly submit this status update to the Court pursuant to the Court's February 19, 2020 Order. Dkt. 50.

## I. CLASS CERTIFICATION

On September 14, 2020, this Court granted Plaintiff's motion for class certification under Rules 23(b)(1) and 23(b)(2) and appointed Plaintiff Risto as class representative and Risto's counsel as class counsel. The Class is defined as follows:

> All non-featured musicians and non-featured vocalists, their agents, successors in interest, assigns, heirs, executors, trustees, and administrators, entitled to royalties under the Copyright Act (17 U.S.C. § 114 (g)(2)(b-c)) allocated for distribution for each distribution cycle after July 22, 2013.

## II. STATUS OF DISCOVERY

The parties have met and conferred and coordinated on a schedule for the

Defendants' depositions to take place over the next two months. The parties will continue to confer and coordinate the depositions of additional witnesses identified in Defendants' initial disclosures and disclosed in written discovery, including the deposition of the Fund's designated witness and other third parties. Defendants have indicated that they wish to take the depositions of two third parties, as well as the Plaintiff, and the parties will coordinate regarding the same.

Plaintiff continues to meet and confer with counsel for Defendants regarding document production issues, and the parties will continue to attempt to resolve issues without judicial intervention.

## III. DISPOSITIVE MOTIONS

Plaintiff intends to complete the depositions of the Defendants and Defendants' identified witnesses and is considering several dispositive or otherwise instructive motions to bring before the Court. Defendants also are considering filing a motion for summary judgment and other possible motions.

## IV. MEDIATION

On April 28, 2020, the parties engaged in a full-day mediation with the Honorable Justice Steven J. Stone. The mediation was not successful, and the parties have not discussed settlement since that session.

Respectfully submitted,

DATED: September 25, 2020      **KIESEL LAW LLP**

By:      /s/ Mariana A. McConnell
Paul R. Kiesel
Mariana A. McConnell
Nico L. Brancolini

**JOHNSON & JOHNSON LLP**
Neville L. Johnson
Daniel B. Lifschitz

*Attorneys for Plaintiff and the Class*

| | | |
|---|---|---|
| 1 | DATED: September 25, 2020 | **JENNER & BLOCK LLP** |
| 2 | | |
| 3 | | By: _/s/ Andrew Sullivan_ |
| 4 | | Andrew J. Thomas<br>Andrew G. Sullivan |
| 5 | | **JENNER & BLOCK LLP** |
| 6 | | *Attorneys for All Defendants* |

**ATTESTATION UNDER LOCAL RULE 5-4.3.4**

I, Mariana A. McConnell, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Local Rules 5-4.3.4(a)(2), I hereby attest that all signatories have concurred in this filing.

DATED: September 25, 2020     **KIESEL LAW LLP**

By: _____/s/ Mariana A. McConnell_____
Paul R. Kiesel
Mariana A. McConnell
Nico L. Brancolini

**JOHNSON & JOHNSON LLP**
Neville L. Johnson
Daniel B. Lifschitz

*Attorneys for Plaintiff and the Class*