PAUL R. KIESEL (State Bar No. 119854)
  kiesel@kiesel.law
MARIANA A. MCCONNELL (State Bar No. 273225)
  mcconnell@kiesel.law
NICO L. BRANCOLINI (State Bar No. 318237)
  brancolini@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Telephone: (310) 854-4444
Facsimile:   (310) 854-0812

NEVILLE L. JOHNSON (State Bar No. 66329)
  njohnson@jjllplaw.com
DANIEL B. LIFSCHITZ (State Bar No. 285068)
  dlifschitz@jjllplaw.com
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile:   (310) 975-1095

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and | **CASE NO.** 2:18-CV-07241-CAS-PLA<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF RULING AT OCTOBER 5, 2020 FURTHER SCHEDULING CONFERENCE** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10,<br><br>       Defendants. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at the October 5, 2020 Further Scheduling Conference, the Court made the following rulings:

- The parties are ordered to meet and confer and submit a pre-trial and trial schedule, pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, by Oct. 15, 2020.
- Pursuant to Fed. R. Civ. P. 16(b), the Court set a Further Scheduling Conference on Oct. 19, 2020 at 11:00 a.m.

DATED: October 6, 2020          KIESEL LAW LLP


By: /s/ Mariana A. McConnell
Paul R. Kiesel
Mariana A. McConnell
Nico L. Brancolini
**KIESEL LAW LLP**

Neville L. Johnson
Daniel Lifschitz
**JOHNSON & JOHNSON LLP**
*Attorneys for Plaintiff and the Class*