# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-7241-CAS(PLAx) | Date | October 19, 2020 |
|---|---|---|---|

| Title | *KEVIN RISTO v. SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS; ET AL.* |
|---|---|

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mariana McConnell<br>Nico Brancolini<br>Daniel Lifschitz | Andrew Thomas |

**Proceedings:** TELEPHONE SCHEDULING CONFERENCE

Hearing held by telephone and counsel are present. The Court confers with counsel and schedules the following dates:

Settlement Completion Cutoff: March 31, 2021;
Status Conference re: Settlement **(11:00 A.M.)**: **April 12, 2021**;
Factual Discovery Cut-off: March 1, 2021;
Last Day to File Motions: April 23, 2021;
Exchange of Expert Reports Cut-off: March 1, 2021;
Exchange of Rebuttal Reports Cut-off: March 22, 2021;
Expert Discovery Cut-off: April 22, 2021;
Pretrial Conference/Hearing on Motions in Limine **(11:00 A.M.): July 19, 2021;**
and Jury Trial **(9:30 A.M.): August 17, 2021.**

Motions in limine shall be noticed for the same date and time of the Pretrial Conference, and filed 28 days prior thereto. Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

Counsel inform the court of the parties' preference to go before a private mediator for settlement purposes.

|  | 00 | : | 18 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |