# Exhibit 1

# Minutes
## Meeting of the Trustees
## AFM & AFTRA Intellectual Property Rights
## Distribution Fund

December 12, 2013

AFM & AFTRA Intellectual Property Rights Distribution Fund
11846 Ventura Blvd., Suite 300, Studio City, CA  91604

| | |
|---|---|
| **Trustees Present:** | Duncan Crabtree-Ireland, SAG-AFTRA (Via Telephone) |
| | Sam Folio, AFM (Via Telephone) |
| | Jon Joyce, SAG-AFTRA |
| | Stefanie Taub, SAG-AFTRA (Via Telephone) |
| **Present:** | Dennis Dreith, Fund Administrator |
| | Johanna Medrano, Assistant to Dennis Dreith |
| | Nancy Carney, Fund Controller |
| | Shari Hoffman, Manager, Audio-Visual Division (Via Telephone) |
| | Karen Tucker, Para-legal/HR Consultant |
| | Patricia Polach, Bredhoff & Kaiser, PLLC (Via Telephone) |

The meeting convened at 4:15 p.m. (PST) in person and via teleconference.

## Minutes

[redacted]

## Distribution Report

[redacted]

## Old Business: Administrative Fee

Mr. Joyce asked for and received a recap of the decision made at the June 4, 2013 meeting regarding the Fund entering into a service agreement with the American Federation of Musicians and SAG-AFTRA for ongoing support including membership data and other information and services to assist in facilitating distributions.

Amended & Adopted April 21, 2014

## Modification of Foreign Claiming Procedures



## Departmental Re-organization



2

███████████████████

**New Website**

███████████████████

**Update of Computer System**

███████████████████

**Policies**

███████████████████

**Payments to Agents**

███████████████████

3

4

Confidential

DEFS_00040636