## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10,<br>　　　　Defendants. | **CASE NO.** 2:18-CV-07241-CAS-PLA<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE THE TESTIMONY AND OPINIONS OF DEFENDANTS' EXPERT DAVID NOLTE PURSUANT TO *DAUBERT*<br><br>*[filed concurrently with Plaintiff's Notice of Motion and Motion in Limine No. 1 to Exclude the Testimony and Opinions of Defendants' Expert David Nolte Pursuant to Daubert; Declaration of Mariana A. McConnell in Support Thereof]*<br><br>Judge: Hon. Christina A. Snyder<br>Crtrm.: 8D – 8th Floor<br><br>Date: July 19, 2021<br>Time: 11:00 a.m.<br><br>Trial Date: August 17, 2021 |

Having read and considered Plaintiff's Motion in Limine No. 1 to Exclude the Testimony and Opinions of Defendants' Expert David Nolte Pursuant to Daubert, and for good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. No reference, mention, or introduction of evidence from retained expert David Nolte shall be made, including but not limited to Mr. Nolte's March 8, 2021 report, and Mr. Nolte's conclusions and the evidence set forth herein that Mr. Nolte relies upon for his conclusions, including but not limited to: the 50 Song Study, Table 6, and the market share of record companies article, his application of the Georgia Pacific factors, and use of the terms "license agreement" and "royalty."

2. Plaintiff's Motion is HEREBY GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE