# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>  v.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10,<br>    Defendants. | **CASE NO.** 2:18-CV-07241-CAS-PLA<br><br>**<u>CLASS ACTION</u>**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 2 TO EXCLUDE ANY MENTION, REFERENCE, OR EVIDENCE RELATED TO DEFENDANTS' 50 SONG STUDY**<br><br>*[filed concurrently with Plaintiff's Notice of Motion and Motion in Limine No. 2 to Exclude the Testimony and Opinions of Defendants' Expert David Nolte Pursuant to Daubert; Declaration of Mariana A. McConnell in Support Thereof]*<br><br>Judge:  Hon. Christina A. Snyder<br>Crtrm.: 8D – 8th Floor<br><br>Date: July 19, 2021<br>Time: 11:00 a.m.<br><br>Trial Date: August 17, 2021 |

Having read and considered Plaintiff's Motion in Limine No. 2 to Exclude Any Mention, Reference, or Evidence Related to Defendants' 50 Song Study, and for good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. Defendants are precluded from referencing, mentioning, or seeking to introduce evidence related to the 50 Song Study referenced in David Nolte's expert report, the April 23, 2021 Sandell Declaration and produced as bates stamped document DEFS_00042027;

2. Plaintiff's Motion is HEREBY GRANTED.

**IT IS SO ORDERED.**

Dated: _____

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE