**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>    v.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10,<br>        Defendants. | **CASE NO.** 2:18-CV-07241-CAS-PLA<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 TO PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE OR ARGUMENT AS TO THEIR STATE OF MIND**<br><br>*[filed concurrently with Plaintiff's Notice of Motion and Motion in Limine No. 3 to Preclude Defendants from Offering Evidence or Argument as to Their State of Mind; Declaration of Nico L. Brancolini in Support Thereof]*<br><br>Judge: Hon. Christina A. Snyder<br>Crtrm.: 8D – 8th Floor<br><br>Date: July 19, 2021<br>Time: 11:00 a.m.<br><br>Trial Date: August 17, 2021 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION IN LIMINE NO. 3 TO PRECLUDE DEFENDANTS FROM OFFERING EVIDENCE OR ARGUMENT AS TO THEIR STATE OF MIND

Having read and considered Plaintiff's Motion in Limine No. 3 to Preclude Defendants from Offering Evidence or Argument as to Their State of Mind, and for good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. Defendants are precluded from offering argument or evidence of its state of mind regarding (1) their purported beliefs in the lawfulness of their conduct; (2) the reasons or basis for their decision to accept a three percent "Service Fee" on the Fund's distributions; or (3) the matters or issues considered by them in deciding to pass the Service Fee;

2. Plaintiff's Motion is HEREBY GRANTED.

**IT IS SO ORDERED.**

Dated: _____

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT JUDGE