1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; AUGUSTINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10,<br><br>    Defendants. | Case No. 2:18-cv-07241-CAS-PLA<br><br>Class Action<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION ON MOTION IN LIMINE BRIEFING SCHEDULE**<br><br>Pre-Trial Conference: July 19, 2021<br>Trial: August 17, 2021 |

The Court, having considered the parties' Joint Stipulation on Motion in Limine Briefing Schedule, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Oppositions to Motions in Limine shall be filed on or before July 2, 2021;

2. Replies to Motions in Limine shall be filed on or before July 12, 2021.

**IT IS SO ORDERED.**

DATED: _____    _____

HON. CHRISTINA A. SNYDER

United States District Judge