# EXHIBIT 3

```
 1            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA
 2
 3   KEVIN RISTO,              )
                               )
 4            Plaintiff,       )
                               )
 5   v.                        )
                               )  No.
 6   SCREEN ACTORS             )  2:18-cv-07241-
     GUILD-AMERICAN            )  CAS-PLA
 7   FEDERATION OF             )
     TELEVISION AND RADIO      )
 8   ARTISTS, et al.,          )
                               )
 9            Defendants.      )
10
             TUESDAY, OCTOBER 20, 2020
11
                      - - -
12
13        Remote videotaped deposition of
14   Stefanie Taub, held at the location of the
15   witness in Los Angeles, California,
16   commencing at 9:05 a.m. Pacific Time, on the
17   above date, before Carrie A. Campbell,
18   Registered Diplomate Reporter, Certified
19   Realtime Reporter, Illinois, California &
20   Texas Certified Shorthand Reporter, Missouri
21   & Kansas Certified Court Reporter.
22                    - - -
             GOLKOW LITIGATION SERVICES
23                877.370.DEPS
               deps@golkow.com
24
25
```

```
 1      R E M O T E   A P P E A R A N C E S :
 2
        KIESEL LAW, LLP
 3      BY:   MARIANA A. MCCONNELL
              mcconnell@kiesel.law
 4            NICHOLAS BRANCOLINI
              brancolini@kiesel.law
 5      8648 Wilshire Boulevard
        Beverly Hills, California 90211
 6      (310) 854-4444
 7      and
 8      JOHNSON & JOHNSON, LLP
        BY:   DANIEL B. LIFSCHITZ
 9            dlifschitz@jjllplaw.com
              NEVILLE JOHNSON
10            njohnson@jjllplaw.com
        439 North Canon Drive, Suite 200
11      Beverly Hills, California 90210
        (310) 975-1080
12      Counsel for Plaintiff
13
        JENNER & BLOCK, LLP
14      BY:   ANDREW J. THOMAS
              ajthomas@jenner.com
15            ANNA LYONS
              alyons@jenner.com
16      633 West 5th Street, Suite 3600
        Los Angeles, California 90071
17      (213) 239-5100
        Counsel for Defendants
18
19      BREDHOFF & KAISER, PLLC
        BY:   ABIGAIL V. CARTER
20            acarter@bredhoff.com
        805 Fifteenth Street N.W.
21      Washington, DC 20005-2207
        (202) 842-2600
22      Counsel for The Fund
23
     V I D E O G R A P H E R :
24      STEVE ZAVATTERO,
        Golkow Litigation Services
25                  - - -
```

Stefanie Taub

 1            I mean, if -- if The Fund all
 2       the sudden was distributing a billion
 3       dollars a year, I don't know.  But I
 4       would have to know what circumstances
 5       were involved and what -- what that
 6       meant in the big picture to make an
 7       evaluation of that.  I really can't
 8       answer without additional facts.
 9   QUESTIONS BY MS. MCCONNELL:
10       Q.      Would you need to know how much
11　work the unions were putting into responding
12　to Fund inquiries to make that evaluation?
13               MR. THOMAS:  Objection.  Vague.
14       Misstates her testimony.
15               THE WITNESS:  I mean, not a
16       particular number.  You know, part of
17       the evaluation comes into, you know,
18       how -- how valuable is that
19       information to The Fund being able to
20       do its work.
21               So, you know, it's not only a
22       factor of the work that the unions do
23       on a day-to-day basis to provide that.
24       There's a separate value that is, you
25       know, hugely valuable to The Fund

```
 1          because there's no other source that
 2          has -- I mean, there's other sources
 3          we use for research, but the --
 4          getting a union session report and
 5          getting access, direct access, to the
 6          union database information is
 7          something that is not available
 8          anywhere else, and that's a really
 9          large part of our work.
10                  So, you know, it's not just the
11          number of hours that the union's staff
12          spends responding to inquiries.
13   QUESTIONS BY MS. MCCONNELL:
14          Q.      If I understand you correctly,
15   you're saying that there is an incalculable
16   value in the membership database that you
17   think justifies the increase in service fee
18   amount?
19                  MR. THOMAS:   Object to the
20          form.   Vague and misstates the
21          witness' testimony.   Argumentative.
22                  THE WITNESS:   No, I didn't say
23          incalculable.   I said it's a very
24          large value.   And it's very valuable
25          to The Fund, to enable to fund -- The
```

Stefanie Taub

```
 1           Fund to do its work that we're, you
 2           know, entrusted to do by the
 3           participants, to get that money out to
 4           them.
 5                 So that -- you know, that's a
 6           huge value.  Again, I can't say
 7           it's -- nothing's -- well,
 8           incalculable is not the word.
 9   QUESTIONS BY MS. MCCONNELL:
10       Q.    Okay.  As CEO of The Fund, have
11   you looked into how The Fund could replicate
12   the membership data at a lower cost?
13       A.    As far as I know, there's not
14   another source that we could obtain that
15   from.
16       Q.    At this point, haven't you
17   obtained all of the information -- strike
18   that.
19                 You told us earlier that every
20   quarter the membership data is sent over from
21   SAG-AFTRA to The Fund, right?
22       A.    Yes.
23       Q.    And I think you told us earlier
24   that there's -- there's something that we
25   called The Fund's system where The Fund
```

Stefanie Taub

```
1    QUESTIONS BY MS. MCCONNELL:
2           Q.    And so maybe I'm
3    misunderstanding, but isn't what you're
4    describing that The Fund actually has better
5    information than what you're receiving from
6    the unions?
7                 MR. THOMAS:  Objection.
8           Misstates her testimony.
9                 THE WITNESS:  I wouldn't say
10          better.  It may be different depending
11          on that snapshot in time.  You know,
12          we -- again, that's -- it's
13          information we use in conjunction with
14          a lot of other information.  We do --
15          we do other types of searches, and we
16          talked about some of the other sources
17          that we use.
18                So, you know, our goal is to
19          have it be as correct and possible and
20          uses as many reliable sources as we
21          can.
22                But the union membership
23          information, as far as I know, is --
24          would not be available to us
25          anywhere -- from another source.
```

Golkow Litigation Services                                Page 154

Exhibit 3
Page 69

Stefanie Taub

```
 1                    CERTIFICATE
 2
 3           I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
 4  Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
 5  of the examination, Stefanie Taub, was duly
    sworn by me to testify to the truth, the
 6  whole truth and nothing but the truth.
 7           I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10
             I DO FURTHER CERTIFY that I am
11  neither a relative nor employee nor attorney
    nor counsel of any of the parties to this
12  action, and that I am neither a relative nor
    employee of such attorney or counsel, and
13  that I am not financially interested in the
    action.
14
15       [signature: Carrie A. Campbell]
         _____
17       CARRIE A. CAMPBELL,
         NCRA Registered Diplomate Reporter
18       Certified Realtime Reporter
         California Certified Shorthand
19       Reporter #13921
         Missouri Certified Court Reporter #859
20       Illinois Certified Shorthand Reporter
         #084-004229
21       Texas Certified Shorthand Reporter #9328
         Kansas Certified Court Reporter #1715
22       Notary Public
23       Dated:  November 2, 2020
24
25
```

```
 1            ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4         I, Stefanie Taub              , do
    hereby certify that I have read the foregoing
 5  pages and that the same is a correct
    transcription of the answers given by me to
 6  the questions therein propounded, except for
    the corrections or changes in form or
 7  substance, if any, noted in the attached
    Errata Sheet.
 8
 9
10
11
12  _____[signature]_____  11/30/2020_____
    Stefanie Taub                 DATE
13
14
15  Subscribed and sworn to before me this
16  _____ day of _____, 20 _____.
17  My commission expires: _____
18
19  Notary Public
20
21
22
23
24
25
```