# EXHIBIT 4

```
 1            UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3
 4   KEVIN RISTO, on behalf of  )
 5   himself and all others     ) Case No.
 6   similarly situated,        ) 2:18-cv-07241-CAS-PLA
 7              Plaintiff,      )
 8       vs.                    )
 9   SCREEN ACTORS GUILD-       )
10   AMERICAN FEDERATION OF     )
11   TELEVISION AND RADIO       )
12   ARTISTS, a Delaware        )
13   corporation, et al.,       )
14              Defendants.     ) (Pages 1-168)
15   --------------------------)
16
17              VIRTUAL VIDEOCONFERENCE
18              VIDEOTAPED DEPOSITION OF
19                   KEVIN RISTO
20              FRIDAY, JANUARY 29, 2021
21                    10:04 A.M.
22   REPORTED BY:
23       SUSAN NELSON
24       C.S.R. No. 3202
25   JOB NO. 4420543
```

Page 1

```
 1   Virtual videoconference videotaped deposition of
 2   KEVIN RISTO, the witness, taken on behalf of
 3   Defendants, commencing at 10:04 A.M., on FRIDAY,
 4   JANUARY 29, 2021, at Las Vegas, Nevada, before SUSAN
 5   NELSON, C.S.R. No. 3202.
 6
 7   APPEARANCES OF COUNSEL (VIA VIDEOCONFERENCE):
 8
 9   FOR PLAINTIFF KEVIN RISTO AND THE CLASS:
10            KIESEL LAW LLP
11            BY:  MARIANA A. MCCONNELL, ESQ.
12                 NICHOLAS BRANCOLINI, ESQ.
13            8648 Wilshire Boulevard
14            Beverly Hills, California 90211-2910
15            (310) 854-4444
16            mcconnell@kiesel.law
17            brancolini@kiesel.law
18               -- and --
19            JOHNSON & JOHNSON LLP
20            BY:  DANIEL B. LIFSCHITZ, ESQ.
21            439 North Canon Drive, Suite 200
22            Beverly Hills, California 90210
23            (310) 975-1080
24            dlifschitz@jjllplaw.com
25
```

Page 2

```
 1   APPEARANCE OF COUNSEL (CONTINUED):
 2
 3   FOR DEFENDANTS:
 4           JENNER & BLOCK LLP
 5           BY:   ANDREW G. SULLIVAN, ESQ.
 6                 ANDREW J. THOMAS, ESQ.
 7                 ANNA K. LYONS, ESQ.
 8           633 West 5th Street, Suite 3600
 9           Los Angeles, California 90071
10           (213) 239-5100
11           ajthomas@jenner.com
12           agsullivan@jenner.com
13           alyons@jenner.com
14
15   ALSO APPEARING (VIA VIDEOCONFERENCE):
16           DAVE HALVORSON, VIDEOGRAPHER
17
18
19
20
21
22
23
24
25
```

Page 3

| | | |
|---|---|---|
| 1 | its work that we're, you know, | 14:32:38 |
| 2 | entrusted to do by the | 14:32:40 |
| 3 | participants, to get that money out | 14:32:41 |
| 4 | to them.  And, you know, that's a | 14:32:43 |
| 5 | huge value.  Again, I can't say" -- | 14:32:45 |
| 6 | she's saying it's "incalculable is | 14:32:49 |
| 7 | not the word." | 14:32:51 |
| 8 | If you scroll down further below, she | 14:32:51 |
| 9 | states: | 14:32:53 |
| 10 | "As far as I know, there's not | 14:32:54 |
| 11 | another source that we could obtain | 14:32:55 |
| 12 | that information from." | 14:32:57 |
| 13 | Are you aware of any source that has as | 14:32:59 |
| 14 | comprehensive a repository, collective repository of | 14:33:01 |
| 15 | the unions regarding session report information and | 14:33:05 |
| 16 | musician information? | 14:33:09 |
| 17 | A.   For the unions?   No. | 14:33:12 |
| 18 | Q.   So do you have any basis to contradict or | 14:33:14 |
| 19 | doubt Ms. Taub's assertion that the information | 14:33:19 |
| 20 | provided by the unions cannot be obtained from any | 14:33:23 |
| 21 | other source? | 14:33:29 |
| 22 | MR. LIFSCHITZ:  Argumentative.  And calls | 14:33:31 |
| 23 | for a legal conclusion.  Also assumes facts not in | 14:33:41 |
| 24 | evidence. | 14:33:42 |
| 25 | THE WITNESS:  Sorry, repeat the question. | 14:33:59 |

Page 128

DocuSign Envelope ID: D37986E6-D26A-40E3-A139-B11788077841

```
 1   STATE OF CALIFORNIA    )
 2   COUNTY OF LOS ANGELES ) ss.
 3
 4
 5          I, KEVIN RISTO, hereby declare under the
 6   penalties of perjury of the laws of the United States
 7   that the foregoing is true and correct.
 8          Executed this ___25_____ day of
 9   _____March_____, 2021, at
10   _____Las Vegas, Nevada_____, California.
11
12
13          [DocuSigned signature: A34CD99A91B1463...]
14          KEVIN RISTO
15
16
17
18
19
20
21
22
23
24
25

                                            Page  167
```

```
 1  STATE OF CALIFORNIA    )
 2  COUNTY OF LOS ANGELES  )  ss.
 3       I, SUSAN NELSON, C.S.R. 3202, in and for the
 4  State of California, do hereby certify:
 5       That, prior to being examined, the witness named
 6  in the foregoing deposition was by me duly sworn to
 7  testify the truth, the whole truth and nothing but
 8  the truth; that said virtual videoconference
 9  videotaped deposition was taken down by me
10  stenographically at the time and place therein named,
11  and thereafter transcribed via computer-aided
12  transcription under my direction, and the same is a
13  true, correct and complete transcript of said
14  proceedings;
15           Before completion of the deposition, review
16  of the transcript [X] was [ ] was not requested.  If
17  requested, any changes made by the deponent (and
18  provided to the reporter) during the period allowed
19  are appended hereto.
20       I further certify that I am not interested in
21  the event of the action.
22       Witness my hand this 19th day of February, 2021.
23          [signature: Susan Nelson]

24             Susan Nelson, C.S.R. No. 3202
               Certified Shorthand Reporter
25             State of California
```

Page 168