# EXHIBIT 6

Julie Sandell

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3                        ---oOo---
 4   KEVIN RISTO, on behalf of
     himself and all others
 5   similarly situated,
 6                  Plaintiffs,
 7       vs.                              No.
                                          2:18-cv-07241-CAS-PLA
 8
     SCREEN ACTORS GUILD-AMERICAN
 9   FEDERATION OF TELEVISION AND
     RADIO ARTISTS, a Delaware
10   corporation; AMERICAN
     FEDERATION OF MUSICIANS OF THE
11   UNITED STATES AND CANADA, a
     California nonprofit
12   corporation, et al.,
13                  Defendants.
14   _____/
15            Wednesday, December 9, 2020
16                      - - -
17        Remote videotaped deposition of JULIE
18   SANDELL, conducted with the witness located in
19   Studio City, California, commencing at 9:07 a.m.,
20   before me, Gina V. Carbone, a Registered Merit
21   Reporter, California Certified Realtime Reporter,
22   California Certified Shorthand Reporter No. 8249.
23                      - - -
24            GOLKOW TECHNOLOGIES, INC.
         877.370.3377 ph | 971.591.5672 fax
25               deps@golkow.com
```

```
 1              REMOTE APPEARANCES OF COUNSEL

 2

 3

 4   For the Plaintiff KEVIN RISTO:

 5      KIESEL LAW LLP

 6      By:   NICHOLAS BRANCOLINI, ESQ.

 7            MARIANA A. McCONNELL, ESQ.

 8      8648 Wilshire Boulevard

 9      Beverly Hills, California 90211

10      (310) 854-0812

11      brancolini@kiesel.law

12      mcconnell@kiesel.law

13

14

15   CO-COUNSEL:

16      JOHNSON & JOHNSON

17      By:   DANIEL B. LIFSCHITZ, ESQ.

18      439 N. Canon Drive, Suite 200

19      Beverly Hills, California 90210

20      (310) 975-1095

21      dlifschitz@jjllplaw.com

22

23

24

25   //
```

Julie Sandell

```
 1   REMOTE APPEARANCES (continued)

 2

 3

 4   For the Defendants:

 5       JENNER & BLOCK

 6       By:   ANDREW J. THOMAS, ESQ.

 7             ANDREW G. SULLIVAN, ESQ.

 8             ANNA LYONS, ESQ.

 9       633 W. 5th Street, Suite 3600

10       Los Angeles, California 90071

11       (213) 239-5155

12       ajthomas@jenner.com

13       agsullivan@jenner.com

14       alyons@jenner.com

15

16   ALSO PRESENT:   ALEX KLYUSNER, videographer

17

18                       --oOo--

19

20

21

22

23

24

25
```

Julie Sandell

1  say contracted artist, which means they have the

2  record deal.  So we can tell who was contracted and

3  who was -- worked for hire off the session report,

4  which is very helpful.

5      Q.  Okay.  If the union wasn't able to provide

6  a session report for a given album or track back in

7  2009, what would you do next?

8      A.  You have to make a choice of using the

9  credits that you found on the Internet.  Sometimes I

10 would get books from the library, or my own library,

11 my own albums trying to track down the liner notes

12 from the album.  But that still didn't help because

13 there's a lot of cases where the session musicians

14 were not listed on the liner notes.

15          So we had another option where we could put

16 no credits found and hope that musicians would make

17 a claim and provide the session reports; maybe they

18 kept a copy.

19          We could -- in the early days, we could

20 access the pension fund through the union, and the

21 pension fund might provide us with information about

22 the credits.

23      Q.  Does the Fund no longer access the pension

24 fund of the union?

25      A.  We don't -- when we were young, and in

```
 1                        CERTIFICATE

 2            I, GINA V. CARBONE, CSR No. 8249, RPR, RMR,

 3    CRR, CCRR, certify: that the foregoing proceedings

 4    were taken before me via videoconference; at which

 5    time the witness was remotely sworn; and that the

 6    transcript is a true record of the testimony so

 7    given to the best of my ability noting some

 8    technical audio distortions.

 9            Witness review, correction and signature

10    was

11    ( ) by code.                   (X) requested.

12    ( ) waived.                    ( ) not requested.

13    ( ) not handled by the deposition officer due to

14    party stipulation.

15            The dismantling or unbinding of the original

16    transcript will render the reporter's certificate null

17    and void.

18            I further certify that I am not financially

19    interested in the action, and I am not a relative or

20    employee of any attorney of the parties, nor of any of

21    the parties.

22            Dated this 21st day of December, 2020.

23

24                         _____

                                GINA V. CARBONE

25                         CSR #8249, STATE OF CALIFORNIA
```

```
 1

 2         ACKNOWLEDGMENT OF DEPONENT

 3

 4            I,___Julie Sandell_____, do

 5    hereby certify that I have read the

 6    foregoing pages, and that the same is

 7    a correct transcription of the answers

 8    given by me to the questions therein

 9    propounded, except for the corrections or

10    changes in form or substance, if any,

11    noted in the attached Errata Sheet.

12

13
       _Julie B. Sandell_____  1/25/2021
14

15     JULIE SANDELL                        DATE

16

17

18    Subscribed and sworn
      to before me this
19    _____ day of _____, 20____.

20    My commission expires:_____

21

      _____
22    Notary Public

23

24

25
```