# EXHIBIT 8

**Privilege Log:** *Risto v. SAG-AFTRA, et al.*

| Reference Number | Record Type | Title | Author | Recipients | Doc Date | Privilege Type | Description / Subject Matter |
|---|---|---|---|---|---|---|---|
| 1 | Email | Services and Assets that the Unions Provide to the AFM/SAG-AFTRA Fund | Patricia Polach (formerly counsel at Bredhoff & Kaiser, PLLC) | Dennis Drieth | 10/24/12 | AC | Email from outside counsel discussing the contents of the attached memo prepared by outside counsel in connection with drafting of services agreement. |
| 2 | Email | FW: Data Purchase and Service Agreement - AFM & SAG-AFTRA Fund | Ray Hair | Jennifer Garner | 12/27/12 | AC | Email forwarding legal advice from outside counsel (P. Polach) regarding draft services agreement; attaches draft services agreement prepared by outside counsel. |
| 3 | Email | Re: Data Purchase and Service Agreement - AFM & SAG-AFTRA Fund | Ray Hair | Dennis Dreith; Patricia Polach; Jeff Freund (counsel at Bredhoff & Kaiser, PLLC) | 12/27/12 | AC | Email thread containing legal advice from outside counsel regarding preparation of services agreement. |
| 4 | Email | Re: Data Purchase and Service Agreement - AFM & SAG-AFTRA Fund | Dennis Dreith | Patricia Polach; Ray Hair; Jeff Freund | 12/27/12 | AC | Email thread containing legal advice from outside counsel regarding preparation of services agreement. |
| 5 | Email | Data Purchase and Service Agreement - AFM & SAG-AFTRA Fund | Patricia Polach | Ray Hair; Dennis Dreith; Jeff Freund | 12/27/12 | AC | Email from outside counsel containing legal advice regarding preparation of services agreement; attaches draft of services agreement prepared by outside counsel. |

CONFIDENTIAL
Exhibit 8
Page 106

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6 | Email | Re: Data Purchase and Service Agreement - AFM & SAG-AFTRA Fund | Ray Hair | Patricia Polach; Dennis Dreith; Jeff Freund | 12/27/12 | | AC | Email thread containing legal advice from outside counsel regarding preparation of services agreement. |
| 7 | Email | [blank] | Patricia Polach | Duncan Crabtree-Ireland | 6/4/13 | | AC | Email from outside counsel discussing attached draft services agreement prepared by outside counsel. |
| 8 | Email | Draft Union-Trust services agreement | Patricia Polach | Dennis Dreith; Duncan Crabtree-Ireland; Ray Hair | 6/5/13 | | AC | Email from outside counsel discussing attached draft services agreement prepared by outside counsel. |
| 9 | Email | RE: Draft Union-Trust services agreement | Ray Hair | Patricia Polach; Dennis Dreith; Duncan Crabtree-Ireland | 6/5/13 | | AC | Email thread containing legal advice from outside counsel regarding preparation of services agreement. |
| 10 | Email | FW: Draft Union-Trust services agreement | Patricia Polach | Stefanie Taub | 6/5/13 | | AC | Email from outside counsel discussing attached draft services agreement prepared by outside counsel. |
| 11 | Email | RE: Draft Union-Trust services agreement | Stefanie Taub | Patricia Polach | 6/6/13 | | AC | Email thread containing legal advice from outside counsel re: services agreement. |
| 12 | Email | FW: Service Agreement between AFM & SAG-AFTRA and the AFM/SAG-AFTRA Fund | Patricia Polach | Dennis Dreith | 7/11/13 | | AC | Email thread with outside counsel re: execution of the services agreement. |
| 13 | Email | Re: quick question | Patricia Polach | Dennis Dreith | 7/11/13 | | AC | Email thread with outside counsel re: execution of the services agreement. |
| 14 | Email | Re: quick question | Patricia Polach | Dennis Dreith | 7/11/13 | | AC | Email thread with outside counsel re: execution of the services agreement. |

CONFIDENTIAL

Exhibit 8
Page 107

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Email | RE: Service Agreement between AFM & SAG-AFTRA and the AFM/SAG-AFTRA Fund | Dennis Dreith | Patricia Polach | 7/11/13 | AC | Email thread with outside counsel re: execution of the services agreement. |
| 16 | Email | Re: quick question | Dennis Dreith | Patricia Polach | 7/11/13 | AC | Email thread with outside counsel re: execution of the services agreement. |
| 17 | Email | RE: "Unaudited Financial Summary" and Data & Services Purchase Agreement - Attorney-Client Communication | Dennis Dreith | Shari Hoffman; Jo-Anne McGettrick (IPRDF Employee) | 7/29/13 | AC | Email thread forwarding and discussing advice from outside counsel (P. Polach) regarding disclosure of services agreement. |
| 18 | Email | Re: "Unaudited Financial Summary" and Data & Services Purchase Agreement - Attorney-Client Communication | Dennis Dreith | Patricia Polach | 7/29/13 | AC | Email thread containing legal advice from outside counsel regarding disclosure of services agreement. |
| 19 | Email | "Unaudited Financial Summary" and Data & Services Purchase Agreement - Attorney-Client Communication | Patricia Polach | Dennis Dreith | 7/29/13 | AC | Email from outside counsel containing legal advice regarding disclosure of services agreement. |
| 20 | Email | RE: "Unaudited Financial Summary" and Data & Services Purchase Agreement - Attorney-Client Communication | Jo-Anne McGettrick | Dennis Dreith; Shari Hoffman | 7/30/13 | AC | Email thread forwarding and discussing legal advice from outside counsel (P. Polach) regarding disclosure of services agreement. |
| 21 | Email | RE: "Unaudited Financial Summary" and Data & Services Purchase Agreement - Attorney-Client Communication | Shari Hoffman | Jo-Anne McGettrick; Dennis Dreith | 7/30/13 | AC | Email thread forwarding and discussing legal advice from outside counsel (P. Polach) regarding disclosure of services agreement. |

CONFIDENTIAL

Exhibit 8
Page 108

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | Email | Re: "Unaudited Financial Summary" and Data & Services Purchase Agreement - Attorney-Client Communication | Dennis Dreith | Patricia Polach | 7/30/13 | AC | Email thread containing legal advice from outside counsel regarding disclosure of services agreement. |
| 23 | Email | Re: "Unaudited Financial Summary" and Data & Services Purchase Agreement - Attorney-Client Communication | Dennis Dreith | Patricia Polach | 7/30/13 | AC | Email thread containing legal advice from outside counsel regarding disclosure of services agreement. |
| 24 | Email | Re: "Unaudited Financial Summary" and Data & Services Purchase Agreement - Attorney-Client Communication | Patricia Polach | Dennis Dreith | 7/30/13 | AC | Email thread containing legal advice from outside counsel regarding disclosure of services agreement. |
| 25 | Email | Re: "Unaudited Financial Summary" and Data & Services Purchase Agreement - Attorney-Client Communication | Patricia Polach | Dennis Dreith | 7/30/13 | AC | Email thread containing legal advice from outside counsel regarding disclosure of services agreement. |
| 26 | Email | RE: SRDF Insurance | Patricia Polach | Jeff Goss (IPRDF's accountant at Miller Kaplan Arase); Tearyn Loving (formerly counsel at Bredhoff & Kaiser, PLLC);Dennis Drieth | 2/8/16 | AC | Email thread containing legal advice from outside counsel regarding preparation of tax filings. |
| 27 | Email | RE: SRDF Insurance | Jeff Goss | Patricia Polach; Tearyn Loving; Dennis Drieth | 2/8/16 | AC | Email thread containing legal advice from outside counsel regarding preparation of tax filings. |
| 28 | Email | RE: SRDF Insurance | Dennis Dreith | Jeff Goss | 2/8/16 | AC | Email thread forwarding and discussing legal advice from outside counsel (P. Polach) regarding preparation of tax filings. |

CONFIDENTIAL
Exhibit 8
Page 109

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | Email | AFM & SAG-AFTRA IPRD Fund 990s | Patricia Polach | Ray Hair; Duncan Crabtree-Ireland; Dennis Drieth; Tearyn Loving; Jeff Goss | 2/14/16 | AC | Email from outside counsel providing legal advice regarding preparation of tax filings. |
| 30 | Email | RE: AFM & SAG-AFTRA IPRD Fund 990s | Ray Hair | Patricia Polach; Tearyn Loving; Duncan Crabtree-Ireland; Dennis Drieth; Jeff Goss. | 2/14/16 | AC | Email thread containing legal advice from outside counsel regarding preparation of tax filings. |
| 31 | Email | RE: AFM & SAG-AFTRA IPRD Fund 990s | Patricia Polach | Ray Hair | 2/14/16 | AC | Email thread containing legal advice from outside counsel regarding preparation of tax filings. |
| 32 | Email | Fwd: AFM & SAG-AFTRA IPRD Fund 990s | Dennis Dreith | Shari Hoffman | 2/14/16 | AC | Forwarding email from outside counsel (P. Polach) containing legal advice regarding preparation of tax filings. |
| 33 | Email | RE: AFM & SAG-AFTRA IPRD Fund 990s | Duncan Crabtree-Ireland | Ray Hair; Patricia Polach; Dennis Dreith; Tearyn Loving; Jeff Goss (Miller Kaplan) | 2/14/16 | AC | Email thread containing legal advice from outside counsel regarding preparation of tax filings. |
| 34 | Email | Draft for audited financial statement note 5 | Patricia Polach | Jeff Goss (Miller Kaplan); Dennis Drieth; Nancy Carney; Shari Hoffman | 7/15/16 | AC | Email from outside counsel containing legal advice regarding service fee note in Annual Report; attaches executed services agreement (already produced). |

CONFIDENTIAL
Exhibit 8
Page 110

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | Email | Draft for audited financial statement note 5 | Jeff Goss | Dennis Drieth; Shari Hoffman; Nancy Carney | 7/15/16 | AC | Email forwarding and discussing legal advice from outside counsel (P. Polach) in connection with service fee note in Annual Report; attaches executed services agreement (already produced). |
| 36 | Email | Privileged and Confidential | Patricia Polach | Ray Hair; Duncan Crabtree-Ireland | 7/18/16 | AC | Email from outside counsel providing legal advice regarding preparation of annual financial statements. |
| 37 | Email | FW: Service Fees | Duncan Crabtree-Ireland | Patricia Polach | 1/21/17 | AC | Email thread with outside counsel requesting legal advice re: service fee; attaches executed services agreement and memo prepared by D. Drieth (already produced). |
| 38 | Email | Re: Service Fees | Patricia Polach | Duncan Crabtree-Ireland; Dinah Muir (SAG-AFTRA) | 1/23/17 | AC | Email thread with outside counsel requesting legal advice re: service fee. |
| 39 | Email | Re: Service Fees | Patricia Polach | Duncan Crabtree-Ireland; Dinah Muir | 1/25/17 | AC | Email thread with outside counsel requesting legal advice re: service fee. |
| 40 | Email | E: 990-199 TR DRAFT for EFILE 25-04009 | Jennifer LeBlanc | Patricia Polach; Tearyn Loving; Duncan Crabtree-Ireland; Ray Hair; Dennis Drieth; Shari Hoffman; Jeff Goss. | 1/27/17 | AC | Email thread with outside counsel requesting legal advice regarding preparation of tax filings; attaches previously filed annual tax returns (already produced). |
| 41 | Email | RE: 990-199 TR DRAFT for EFILE 25-04009 | Patricia Polach | Dennis Dreith; Ray Hair; Duncan Crabtree-Ireland; Jennifer LeBlanc; Shari Hoffman; Tearyn Loving (Bredhoff) | 1/27/17 | AC | Email from outside counsel providing legal advice re: tax preparation and requesting information in connection with the delivery of legal advice. |

| | | | | | |
|---|---|---|---|---|---|
| 42 | Email | Re: 990-199 TR DRAFT for EFILE 25-04009 | Jeff Goss | Patricia Polach; Dennis Dreith; Ray Hair; Duncan Crabtree-Ireland; Shari Hoffman; Jennifer LeBlanc; Tearyn Loving | 1/28/17 | AC | Email conferring with outside counsel to obtain legal advice regarding preparation of tax filings. |
| 43 | Email | FW: AFM 2013 990 | Jennifer LeBlanc | Patricia Polach; Dennis Dreith; Shari Hoffman | 2/2/17 | AC | Email providing information requested by outside counsel in connection with the delivery of legal advice re: tax filings. |
| 44 | Email | FW: Questions | Ray Hair | Patricia Polach | 6/2/17 | AC | Forwarding email to outside counsel for the purpose of obtaining legal advice; forwarded email was previously produced. |
| 45 | Email | Fwd: AFM & SAG - AFTRA FUND Adnistrative Fees | Ray Hair | Patricia Polach | 6/3/17 | AC | Forwarding email to outside counsel for the purpose of obtaining legal advice; forwarded email was previously produced. |
| 46 | Email | RE: Trustee meeting -- budget question | Abigail Carter (counsel at Bredhoff & Kaiser PLLC) | Jennifer LeBlanc | 7/20/18 | AC | Email thread with outside counsel regarding legal advice on preparation of financial statements. |
| 47 | Email | RE: Trustee meeting -- budget question | Marissa Vittali (IPRDF Employee) | Jennifer LeBlanc | 7/20/18 | AC | Email thread forwarding and discussing legal advice from outside counsel (A. Carter) regarding preparation of financial statements. |
| 48 | Email | Re: quick question | Stefanie Taub | Abigail Carter | 11/11/18 | AC | Email with outside counsel requesting information in connection with delivery of legal advice re: service fee. |
| 49 | Email | Re: quick question | Stefanie Taub | Abigail Carter | 11/13/18 | AC | Email with outside counsel requesting information in connection with delivery of legal advice re: service fee. |

CONFIDENTIAL
Exhibit 8
Page 112