# EXHIBIT 14

# DAVID NOLTE
213-787-4111
dnolte@fulcrum.com

## SUMMARY

With over 40 years of experience, Mr. Nolte has worked with a broad range of firms/industries in both litigation and non-litigation settings.  Mr. Nolte's client work focuses primarily on valuation of businesses and intangible business assets, economic studies, royalty and fraud auditing, and litigation-related financial analysis.

## LICENSES AND CERTIFICATIONS

Certified Public Accountant (CPA), 1979 to present

Accredited Senior Appraiser (ASA), 1995 to present

Certified Management Accountant (CMA), 1992 to present

## EDUCATION

MBA, California State University, Los Angeles, 1982

BA, Whittier College (graduated first in his class), 1977

## EMPLOYMENT

Fulcrum Financial Inquiry LLP (May 2002 to Present)

Founded firm.  Actively serves as the leader for numerous client engagements.  See www.fulcrum.com for additional information.

Andersen LLP (1977 to 2002)

Responsible for the Southern California forensic accounting and damage analysis practice of this international accounting and consulting firm.  This practice was one of the largest such groups in the western United States.  In addition to leading the local group, served on the firm-wide steering committees for the litigation consulting and the bankruptcy & troubled company consulting service lines.

Prior to working as a full-time consultant, performed audits for large publicly traded and private companies, including serving as the overall audit partner for such services.

Other Employment

Adjunct Professor at Whittier College (1981 to 1986) - Taught upper division accounting and auditing classes

Darling Wold & Agee (1975 to 1977) Performed tax, business management, and accounting work at this CPA firm.

Exhibit 14
Page 160

**LISTING OF TRIAL AND DEPOSITION TESTIMONIES IN THE LAST FOUR YEARS**

In the following listing, each case is listed only once, with the date of the most recent testimony shown. For example, in a matter in which both deposition and trial testimony occurred, the date of the trial testimony is shown.

| | LAW FIRM 2017 | NAMES OF PARTIES | DATE | CASE NO. | COURT/JURISDICTION |
|---|---|---|---|---|---|
| 1 | Jones Day | California Berry Cultivars vs. The regents of the University of California and related cross-complaint | 3/14/17 | 3:16-cv-02477-VC | U.S. District Court, Northern District of California |
| 2 | K&L Gates LLP | First Class Vending vs. Compass Group USA et al. | 3/30/17 | CV15-01188-MWF | U.S. District Court, Central District of California |
| 3 | United States Attorney | Aeros Aeronautical Systems Corp. vs. United States | 4/17/17 | CV 2:15-1712 PSG | U.S. District Court, Central District of California |
| 4 | Sheppard Mullin Richter & Hampton | Ultimate Brand Management, LLC vs. Wal-Mart Stores, Inc. et al. | 7/24/17 | 2:15CV10001-MRW | U.S. District Court, Central District of California |
| 5 | Jenner & Block | The Big 12 Conference vs. Fox Broadcasting et al. | 8/30/17 | 1220055480 | JAMS Arbitration |
| 6 | Pillar Law Group, APLC | MAP Company ("MAP"), vs. Lebanese Arak Corporation ("LAC") et al. | 12/6/17 | CV 16-05039-AB | U.S. District Court, Central District of California |
| 7 | Call & Jensen | Lokai Holdings LLC ("Lokai") vs. Twin Tiger USA LLC et al. | 12/13/17 | 15-CV-9363) | U.S. District Court, Southern District of New York |
| 8 | Jenner & Block | Knickerbocker Films et al. vs. Twenty-First Century Fox et al. | 12/18/17 | 1210032516 | JAMS Arbitration |

| | LAW FIRM 2018 | NAMES OF PARTIES | DATE | CASE NO. | COURT/JURISDICTION |
|---|---|---|---|---|---|
| 1 | Slaughter, Regan & Cole LLP | William Dickson vs. The John Paley Family Trust et al. | 1/25/18 | 56-2014-00461357 | Superior Court of California, Ventura County |
| 2 | Sheppard Mullin Richter & Hampton | Forever 21, Inc. vs. Gucci America, Inc., and related cross-complaint | 6/6/18 | 2:17-cv-04706-FMO | U.S. District Court, Central District of California |
| 3 | Garrett & Tully | Brooks vs. Innovative Artists Talent Agency, et al. | 8/22/18 | 1220054644 | JAMS Arbitration |
| 4 | Payne & Fears | Life Generations Healthcare, LLC Samuelian et al, and related cross-complaints | 8/30/18 | A 213760-24 | Judicate West Arbitration |
| 5 | Schiff Hardin LLP | Wachter et al. vs. Apple, Inc. | 9/19/18 | 1220058087 | JAMS Arbitration |
| 6 | Miller Law Associates | Hall vs. Marriott | 11/27/18 | PSC1502611 | Superior Court of California, Riverside County |

Exhibit 14
Page 161

| | **LAW FIRM 2019** | **NAMES OF PARTIES** | **DATE** | **CASE NO.** | **COURT/JURISDICTION** |
|---|---|---|---|---|---|
| 1 | Pizarro Law Firm | Jenny Villasenor (administrator) vs. International Healing, Inc. et al. | 1/23/19 | SC122575 | Superior Court of California, County of Los Angeles |
| 2. | Paul Hastings LLP | Liqwd, Inc. and Olaplex LLC. vs. L'Oréal USA, Inc. et al. | 3/7/19 | C.A. 17-14 (JFB) | U.S. District Court, Delaware |
| 3. | William M Crosby, Esq. | Songstad Randall Coffee & Humphrey LLP vs. Annamarie Giagunto | 3/15/19 | 30-2017-00959089 | Orange County Superior Court |
| 4. | Sheppard Mullin Richter & Hampton | Just Goods, Inc. vs. Just, Inc. et al. | 4/23/19 | 18-cv-02198-WHO | U.S. District Court, Northern District of California |
| 5 | Sheppard Mullin Richter & Hampton | ACT, Inc. vs. Worldwide Interactive Network, and related cross complaint | 8/7/19 | 3:18 cv-00186 | U.S. District Court, Eastern District of Tennessee |
| 6 | Robie & Matthai | Hokkaido Westside, Inc. vs. Macerich Westside Pavilion Property LLC. | 8/30/19 | SC125572 | Superior Court of California, County of Los Angeles |
| 7 | Finnegan & Diba | Kenneth Hughes, M.D. vs. George Boris, M.D. et al. | 10/9/19 | BC594068 | Superior Court of California, County of Los Angeles |
| 8 | Morris Sullivan & Lemkul | Michael Horn vs. Olympus America, Inc et al. | 10/30/19 | Judicial Council Coordinated Proceeding No. 4885 | Superior Court of California, County of Los Angeles |
| 9 | Miller Barondess LLP | Kleinberg vs. Landmark Dividend, LLC et al. | 11/14/19 | YC071851 | Superior Court of California, County of Los Angeles |
| 10 | Sheppard Mullin Richter & Hampton | Higareda et al. vs. Honda North America, Scott Robinson Honda et al and related cross-complaints | 12/20/10 | BC583268 | Superior Court of California, County of Los Angeles |

Exhibit 14
Page 162

| **LAW FIRM 2020** | **NAMES OF PARTIES** | **DATE** | **CASE NO.** | **COURT/JURISDICTION** |
|---|---|---|---|---|
| 1  Luedeka Neely Group, PC | Operations Pty., LTD. d/b/a Ajax Engineered Fasteners and Ira Svendsgaard & Associates | 2/25/20 | 2:18-cv-06929 | U.S. District Court, Central District of California |
| 2  Resch Polster & Berger LLP | PFRD vs. AFC, et al. and related cross complaint | 3/3/20 | SC124545 | Superior Court of California, County of Los Angeles |
| 3  Garrett & Tully | John H. Bryant III, Trustee of the Bryant Family Trust vs. Moto-Science, LLC, et al. | 3/5/20 | YC071123 | Superior Court of California, County of Los Angeles |
| 4  Tyson & Mendes | Integrity Applied Science, Inc. vs. Clearpoint Chemicals, LLC | 5/21/20 | 1:18-cv-02235-WYD | U.S. District Court, District of Colorado |
| 5  Spach, Capaldi & Waggaman LLP | Aliso Properties vs. Patel et al. | 10/1/20 | 9L5PJ | Signature Resolution Arbitration |
| 6  Garrett & Tully | UMI Holdings vs. SingerLewak | 12/1/20 | BC642439 | Superior Court of California, County of Los Angeles |

| **LAW FIRM 2021** | **NAMES OF PARTIES** | **DATE** | **CASE NO.** | **COURT/JURISDICTION** |
|---|---|---|---|---|
| 1  Miller Barondess LLP | Tufeld Corporation vs. Beverly Hills Gateway, LP | 1/6/21 | BC691352 | Superior Court of California, County of Los Angeles |

### LISTING OF PUBLICATIONS AUTHORED IN THE LAST TEN YEARS

*How to Succeed with Expert Witnesses,* published in *The Survival Guide for New Attorneys in California* by the Los Angeles Lawyer and the Los Angeles County Bar Association, Fall 2005. Republished Fall 2006 and Fall 2011

Exhibit 14
Page 163