# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; et al.,<br><br>Responding Party. | Case No. 2:18-cv-07241-CAS-PLA<br><br>Class Action<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO FILE FINAL PRETRIAL CONFERENCE ORDER** |

Having reviewed the Parties' Joint Stipulation to Extend the Deadline to File the Final Pretrial Conference Order, and good cause appearing therefor, the Court hereby GRANTS the Parties' joint stipulation and ORDERS as follows:

The deadline for the parties to lodge a joint draft of the Final Pretrial Conference Order in this matter shall be extended to July 14, 2021.

**IT IS SO ORDERED:**

DATED: _____            _____
                                                                            HON. CHRISTINA A. SNYDER
                                                                            United States District Judge