JENNER & BLOCK LLP
Andrew J. Thomas (SBN 159533)
ajthomas@jenner.com
633 West 5th Street, Suite 3600
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile:  (213) 239-5199

*Attorneys for Defendants*

<table>
<tr><td>

KIESEL LAW LLP<br>
Paul R. Kiesel (SBN 119854)<br>
kiesel@kiesel.law<br>
Mariana A. McConnell (SBN 273225)<br>
mcconnell@kiesel.law<br>
8648 Wilshire Boulevard<br>
Beverly Hills, California 90211<br>
Telephone: (310) 854-4444<br>
Facsimile: (310) 854-0812

</td><td>

JOHNSON & JOHNSON LLP<br>
Neville L. Johnson (SBN 66329)<br>
njohnson@jjllplaw.com<br>
Daniel B. Lifschitz (SBN 285068)<br>
dlifschitz@jjllplaw.com<br>
439 North Canon Drive, Suite 200<br>
Beverly Hills, California 90210<br>
Telephone: (310) 975-1080<br>
Facsimile: (310) 975-1095

</td></tr>
</table>

*Attorneys for Plaintiff and Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

<table>
<tr><td>

KEVIN RISTO, on behalf of himself and all others similarly situated,

                Plaintiff,

                v.

SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as

</td><td>

**CASE NO.** 2:18-CV-07241-CAS-PLA

<u>**CLASS ACTION**</u>

**AMENDED JOINT EXHIBIT LIST**

Judge:  Hon. Christina A. Snyder
Crtrm.: 8D – 8th Floor

Trial Date: August 17, 2021

</td></tr>
</table>

1   Trustee of the AFM and SAG-AFTRA
Intellectual Property Rights Distribution
2   Fund; JON JOYCE, an individual, as
Trustee of the AFM and SAG-AFTRA
3   Intellectual Property Rights Distribution
Fund; BRUCE BOUTON, an individual,
4   as Trustee of the AFM and SAG-
AFTRA Intellectual Property Rights
5   Distribution Fund; and DOE
DEFENDANTS 1-10,

6

7                Defendants.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Local Rule 16, Plaintiff Kevin Risto and Defendants Screen Actors Guild-American Federation of Television and Radio Artists, American Federation of Musicians of the United States and Canada, Raymond M. Hair, Jr, Tino Gagliardi, Duncan Crabtree-Ireland, Stefanie Taub, Jon Joyce, and Bruce Bouton, as Trustees of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund, hereby submit the following joint exhibit list.

**Statute**

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1. | Copyright Act: 17 U.S.C. Section 114(g)<br>DEFS_00041367 -<br>DEFS_00041378<br>(2/16 Crabtree-Ireland-8) | | |

**Fund- Related Documents**

| NO. OF EXHIBIT | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 2. | Declaration of Trust: AFM and AFTRA Intellectual Property Rights Distribution Fund<br>9/16/1998<br>DEFS_00000095 -<br>DEFS_00000105<br>(Dreith Deposition) | | |
| 3. | Agreement and Declaration of Trust 2012<br>DEFS_00041367 -<br>DEFS_00041378<br>(2/16 Crabtree-Ireland-1) | | |
| 4. | Data Purchase and Services Agreement (executed July 2013)<br>DEFS_00000118 -<br>DEFS_00000123<br>(2/17 Crabtree-Ireland-2) | | |

AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 5. | AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund Conflict of Interest Policy WITHUM024542 - WITHUM024546 (Joyce-7) | | |
| 6. | AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund Conflict of Interest Policy 4/21/2014 DEFS_00041528 - DEFS_00041537 (1/20/2021 Taub-2) | | |
| 7. | Crabtree-Ireland Conflict of Interest Policy DEFS_00041817A - DEFS_00041822A (2/16 Crabtree-Ireland-7) | | |
| 8. | *Conflict of Interest Policy: Acknowledgment and Financial Interest Disclosure Statement 4/20/2016 DEFS 00041548 | | |
| 9. | *Conflict of Interest Policy: Acknowledgment and Financial Interest Disclosure Statement 2/27/2017 DEFS 00041566 | | |
| 10. | Hair - Conflict of Interest Policy: Acknowledgment and Financial Interest Disclosure Statement DEFS_00041544 - DEFS_00041545 (1/20/2021 Taub-3) | | |
| 11. | Crabtree-Ireland - Conflict of Interest Policy: Acknowledgment and Financial Interest Disclosure Statement DEFS_00041541, DEFS_00041557 - DEFS_00041575 (1/20/2021 Taub-4) | | |

AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | 12. | Dreith Memo: Review and Discussion of Union Service Fees<br>DEFS_00040589 -<br>DEFS_00040592<br>(Dreith Deposition) | | |
| | 13. | Introduction Letter RE Dreith Memo<br>DEFS_00040593<br>(Dreith Deposition) | | |
| | 14. | Analysis of significant provisions of the Data Purchase and Services Agreement<br>DREITH_0027-DREITH_0031<br>(Dreith Deposition) | | |
| | 15. | Dreith's Statement of Conflicts of Interest<br>DRIETH 0065<br>(Dreith Deposition) | | |
| | 16. | *Current Trustees & Union Positions or Positions Relating to Unions<br>DEFS_00042108 -<br>DEFS_00042109<br>(Joyce Blondell-5) | | |
| | 17. | *Organization Chart of Film Musicians Secondary Market<br>DEFS_00042137<br>(Joyce Blondell-7) | | |
| | 18. | *AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund Org Chart<br>DEFS_00042171<br>(Joyce Blondell-12) | | |
| | 19. | *Fund FY 2017 Current Staff Org Chart<br>DEFS_00041642<br>(Sandell-1) | | |

3

| 20. | *Fund FY 2019 Current Staff Org Chart<br>DEFS_00041645<br>(Sandell-2) | | |
|---|---|---|---|
| 21. | AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund Sound Recording Distribution Guidelines<br>DEFS_00042288 -<br>DEFS_00042290<br>(Joyce Blondell-29) | | |
| 22. | Sound Recording Distribution Guidelines<br>DEFS_00000086 | | |
| 23. | LexisNexis Subscription Agreement for Corporate Legal for AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>DEFS_00042333 -<br>DEFS_00042337<br>(Joyce Blondell-33) | | |
| 24. | AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund, Summer 2014 Status Report<br>DEFS_00042277 -<br>DEFS_00042287<br>(Joyce Blondell-28) | | |
| 25. | Phonograph Recording Contract American Federation of Musicians 7/13/2019<br>DEFS_00041834 -<br>DEFS_00041851<br>(Dreith Deposition) | | |
| 26. | WIPO Conference: The Global Digital Content Market<br>DEFS_00041708 | | |

/ / /

/ / /

4

| | | | |
|---|---|---|---|
| 27. | Standing Committee on Copyright and Related Rights 7/11/2016 DEFS_00041713 | | |
| 28. | 102nd FIM EC Meeting – Rome, June 12-13, 2014 DRAFT AGENDA DEFS_00041718 | | |
| 29. | FIM Presidium Meeting Paris 21-22 Nov. 2016 Proposed Agenda DEFS_00041734 | | |
| 30. | FIM Presidium Meeting NYC 13-14 Mar. 2017 Proposed Agenda DEFS_00041736 | | |
| 31. | The Economy of Streaming Media DEFS_00041740 | | |
| 32. | Authors, Attribution, and Integrity: Examining Moral Rights in the United States 4/5/2016 DEFS_00041973 | | |
| 33. | Roundtable: Copyright's Republic: The Contribution of Copyright to Culture, Freedom, and Human Flourishing DEFS_00041986 | | |
| 34. | World Creators Summit 2013 4 & 5 June 2013 Speaker's brief DEFS_00041992 | | |
| 35. | World Creators Summit June 4 & 5 Conference Program DEFS_00041996 | | |
| 36. | Roundtable: Copyright's Republic: The Contribution of Copyright to Culture, Freedom, and Human Flourishing, Meeting Logistics DEFS_00041983 | | |

AMENDED JOINT EXHIBIT LIST

| 37. | AFM Report Form – Phonograph Records, Soundtrack Release, Video Promos DEFS_00027616 - DEFS_00027623 (Painting-3) | | |
|---|---|---|---|
| 38. | *Trustee Travel 2013-Present (Excel Sheet) DEFS_00041637 (1/20/2021 Taub-11) | | |
| 39. | *AFM & SAG-AFTRA Fund: Advertising & Marketing – AFM & SAG-AFTRA payments 01/01/2013 – 10/13/2020 DEFS_00041588 (1/20/2021 Taub-12) | | |
| 40. | *Risto Fund Participant Information Form PLTF_0003 – PLTF_0005 | | |
| 41. | *Risto Checks and Statements from Fund PLTF_0012 – PLTF_25; PLTF_0034 – PLTF_0035; PLTF_0121 – FLTF_0129 | | |
| 42. | *Insurance Policies (Consolidated) DEFS_41260 – DEFS_41330; DEFS_41391 – DEFS_41452; DEFS_41452 – DEFS_41494 | | |
| 43. | AS-400 Spreadsheet DEFS 00042028 | | |
| 44. | 50-Song Survey DEFS 00042027 | | |
| 45. | Table of New Titles Created in AS400 by Year DEFS_00042020 (Oppo. to MSJ-Ex. 26) | | |

6

AMENDED JOINT EXHIBIT LIST

| 46. | Amounts of All Distributions 2011-2019<br>DEFS_00042640<br>(Joyce Blondell-57) | | |
|---|---|---|---|
| 47. | *Collections and Distribution Summary for AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>DEFS_00041695 -<br>DEFS_00041699<br>(1/20/2021 Taub-10) | | |
| 48. | AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund Royalty Distribution Comparisons<br>DEFS_00042430 -<br>DEFS_00042443<br>(Joyce Blondell-45) | | |
| 49. | *Digital Performance Royalties – Research Progression by Year, 2017 Goal<br>DEFS_00042525<br>(Joyce Blondell-50) | | |
| 50. | SR Unclaimed Status Report – Jan. 2017<br>DEFS_00042517<br>(Joyce Blondell-48) | | |
| 51. | *Account Summary by Activity Description<br>DEFS_00042338 -<br>DEFS_00042340<br>(Joyce Blondell-34) | | |

**Fund Board of Trustees Meeting Minutes**

| 52. | *AFM & AFTRA Fund Trustees Meeting, 3/29/2010<br>DEFS_00042165 -<br>DEFS_00042166<br>(Joyce Blondell-10) | | |
|---|---|---|---|

7

| | | | | |
|---|---|---|---|---|
| 53. | *Minutes Meeting of the Trustees AFM & AFTRA Intellectual Property Rights Distribution Fund, 9/21/2011 DEFS_00042138 - DEFS_00042139 (Joyce Blondell-8) | | | |
| 54. | *Minutes Meeting of the Trustees AFM & AFTRA Intellectual Property Rights Distribution Fund, 3/29/2012 DEFS_00042167 - DEFS_00042170 (Joyce Blondell-11) | | | |
| 55. | 6/4/2013 Board of Trustees Meeting Minutes DEFS_00040629A - DEFS_00040632A (Bouton-1) | | | |
| 56. | 12/12/2013 Board of Trustees Meeting Minutes DEFS_00040633A - DEFS_00040636A (Bouton-2) | | | |
| 57. | *AFM & SAG-AFTRA Fund Trustees Meeting, 4/21/2014 DEFS_00042260 (Joyce Blondell-22) | | | |
| 58. | Minutes Meeting of the Trustees AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund 4/21/2014 DEFS_00042261-DEFS_00042265 (Joyce Blondell-23) | | | |
| 59. | *Minutes Meeting of the Trustees AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund 6/19/2014 DEFS_00042266 - DEFS_00042267 (Joyce Blondell-24) | | | |

8

| | | | | |
|---|---|---|---|---|
| 60. | *Trustee Meeting Minutes 7/28/2014 DEFS 00040615A | | | |
| 61. | Minutes Meeting of the Trustees AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund 7/28/2014 DEFS_00042273 - DEFS_00042276 (Joyce Blondell-27) | | | |
| 62. | Minutes Meeting of the Trustees AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund 10/20/2014 DEFS_00042291 - DEFS_00042294 (Joyce Blondell-30) | | | |
| 63. | 5/5/2015 Board of Trustees Meeting Minutes DEFS_00040619A - DEFS_00040623A (Bouton-5) | | | |
| 64. | *Meeting of the Trustees AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund 4/20/2016 DEFS_00042390 - DEFS_00042395 (Joyce Blondell-38) | | | |
| 65. | Meeting of the Trustees AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund 7/19/2016 DEFS_00042396 - DEFS_00042400 (Joyce Blondell-39) | | | |
| 66. | *Meeting of the Trustees AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund 10/13/2016 (LeBlanc-6) | | | |

9

AMENDED JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| 67. | Meeting of the Trustees AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund 2/27/2017 DEFS_00042518 - DEFS_00042524 (Joyce Blondell-49) | | |
| 68. | Meeting of the Trustees AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund 11/19/2018 DEFS_00042612 - DEFS_00042617 (Joyce Blondell-52) | | |

**Emails**

| | | | |
|---|---|---|---|
| 69. | *4/26/2010 Emails RE Session Report Requests DEFS_00025103-DEFS_00025121 (Sandell-3) | | |
| 70. | *12/16/2010 Email chain RE Session Request DEFS_00021479 - DEFS_00021484 (White-1) | | |
| 71. | *2/15/2011 Emails RE Session Requestion DEFS_0002493- DEFS_00024936 (Sandell-4) | | |
| 72. | *Email from S. Hoffman to D. Dreith re Union services 10/24/2012 DEFS 00041251 | | |
| 73. | E-mail RE Hi Dennis and Jo-Anne from Mikael in New York City 11/1/2012 DEFS_00042172 - DEFS_00042173 (Joyce Blondell-13) | | |

AMENDED JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| 74. | December 27, 2012 Email Chain re Data Purchase and Service Agreement – AFM & SAG-AFTRA Fund<br>DEFS_00041705 - DEFS_00041706 | | |
| 75. | 12/27/2012 Polach Email RE Data Purchase and Services Agreement<br>DEFS_00041341 - DEFS_00041347<br>(2/24 Hair-2) | | |
| 76. | 1/25/2013 Emails RE Statement Sena remuneration and administrative cost percentage 1/25/2013<br>DEFS_00040117 - DEFS_00040116<br>(Dreith Deposition) | | |
| 77. | 5/30/2013 Email from Dreith RE Updated Budget 5/30/2013<br>DEFS_00040122 - DEFS_00040124<br>(Dreith Deposition) | | |
| 78. | *6/28/2013 Email RE AFM&SAG-AFTRA Fund distribution docsa[sic]<br>DEFS_00040128 - DEFS_00040136<br>(Joyce-2) | | |
| 79. | *7/15/2013 Emails RE Session Request<br>DEFS_00024821 - DEFS_00024823<br>(Sandell-5) | | |
| 80. | 9/7/2013 Email to Ray Hair, et al., from Dennis Dreith with attachments<br>DEFS_00040158 - DEFS_00040164<br>(Bouton-3) | | |

11

| | | | |
|---|---|---|---|
| 81. | 9/7/2013 Replies to Email RE Admin Letter/Service Fee 9/7/2013 DEFS_00040165 (Dreith Deposition) | | |
| 82. | 9/8/2013 Replies to Email RE Admin Letter/Service Fee 9/8/2013 DEFS_00040167 (Dreith Deposition) | | |
| 83. | 9/8/2013 Joyce email response RE Admin Letter/Service Fee DEFS_00040166 - DEFS_00040167 (Joyce-4) | | |
| 84. | 9/9/2013 Email RE Administrator Compensation 9/9/2013 DEFS_00040179 (Dreith Deposition) | | |
| 85. | *E-mail string RE New logos – with PDF attachments 9/12/2013 DEFS_00042205 - DEFS_00042207 (Joyce Blondell-16) | | |
| 86. | 9/14/2013 Email to Dennis Dreith from Bruce Bouton DEFS_00040172 - DEFS_00040173 (Bouton-4) | | |
| 87. | E-mail RE SR(DPR) Distribution Guidelines 9/26/2013 DEFS_00042219 - DEFS_00042228 (Joyce Blondell-19) | | |
| 88. | *10/1/2013 Email RE Administrator Compensation DEFS_00040182 | | |

12

| | | | | |
|---|---|---|---|---|
| | | (10/20/2020 Taub-4) | | |
| | 89. | 10/2/2013 Email response RE Service Fee<br>DEFS_00040189<br>(10/20/2020 Taub-5) | | |
| | 90. | 12/19/2013 Joyce Email RE a couple a things<br>DEFS_00040211<br>(Joyce-6) | | |
| | 91. | Email from A. Pollard to Hair re Hold the date. Broadcast Treaty briefing on June 11, 2014<br>5/27/2014<br>DEFS 00041720 | | |
| | 92. | Email from T. Shapiro to Crabtree-Ireland re ALAI Congress 17-20 Sept 2014 Brussels -- Moral Rights in the 21st Century<br>7/28/2014<br>DEFS_00041989 | | |
| | 93. | Email from Workflow Mailer to Crabtree-Ireland re Expense PXRB2926 [Attachment: Notification Detail.html]<br>10/6/2014<br>DEFS_00041988 | | |
| | 94. | *10/18/2014 E-Mail Chain re "Dear Participant" Letter<br>DEFS_00040227 -<br>DEFS_00040229<br>(Carney-1) | | |
| | 95. | *12/1/2015 Email RE Request for Session Reports<br>DEFS_00010948<br>(White-2) | | |
| | 96. | *Email from D. Dreith re A. Begluyan re AFM SAG-AFTRA Intellectual Ppty Rights Distrib Fd (25-04009) FS Draft | | |

13

| | | | | |
|---|---|---|---|---|
| | | 1/22/2016<br>DEFS 00041255 | | |
| | 97. | April 2016 Emails RE AFM 100th Convention<br>DEFS_00041332<br>(2/24 Hair-7) | | |
| | 98. | *Email from Heckman to Finnie re AFM Session Request for Chase Bryant - Red Bow - 2014<br>[Attachment: Musician Report Forms]<br>5/6/2016<br>DEFS 00028906 | | |
| | 99. | *7/13/2016 Emails RE Request for Session Reports<br>DEFS_00010934 -<br>DEFS_00010937<br>(White-3) | | |
| | 100. | Email from D. Dreith to S. Hoffman re Service Fee Memo [Attachments: Serv Agreement summary.docx; Service fee cover.docx; Data Purchase and Service Agreement 2012.pdf]<br>1/2/2017<br>DEFS 00040500 | | |
| | 101. | Email from D. Dreith to S. Hoffman re Service Fee Memo<br>1/2/17<br>DEFS 00040516 | | |
| | 102. | Email from K. Tucker to D. Dreith re Service Fees<br>1/4/2017<br>DEFS 00040544 | | |
| | 103. | Email from D. Dreith to D. Crabtree-Ireland re Service Fees [Attachments: Data Purchase and Service Agreement 2012.pdf; Serv Agreement summary.docx; Service fee cover.docx] | | |

14

AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | 1/12/2017<br>DEFS 00040456 | | |
| | 104. | *1/31/2018 Email RE Session Request<br>DEFS_00025912<br>(Sandell-6) | | |
| | 105. | *Email from K. Tucker to S. Hoffman and  D. Dreith re AFM 2013 990<br>2/2/2017<br>DEFS 00040874 | | |
| | 106. | *2/9/2017 Email from Karina Huerta to Kevin Risto<br>PLTF_0037 | | |
| | 107. | *1/24/2018 Email RE Session Request<br>DEFS_00027914, DEFS_00027896<br>(Sandell-7) | | |
| | 108. | Email re Questions<br>6/2/2017<br>DEFS_00040609<br>(Dreith Deposition) | | |
| | 109. | Email from R. Rishik re AFM & SAG-AFTRA FUND Administrative Fees<br>6/3/2017<br>DEFS_00040610<br>(Dreith Deposition) | | |
| | 110. | 7/21/2017 Email RE Congratulations<br>DREITH_0106 – DREITH_0108<br>(Oppo. to MSJ-Ex. 23) | | |
| | 111. | 6/12/2018 Email re "Plaintive Request"<br>6/12/18<br>DREITH_0136<br>(Dreith Deposition) | | |

AMENDED JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| 112. | *Email from Reese to Creighton re SAG-AFTRA Session Report - Elton John - I'm Your Man [Attachment: Session Report] 9/13/2018 DEFS 00014853 | | |
| 113. | 5/14/2019 Email from Bruce Waynne to Kevin Risto re: Discog credits on Get Rich or Die Tryin PLTF_0117 | | |
| 114. | 5/24/2019 email RE Expense PXR 129279 DEFS_00041015 - DEFS_00041017 (10/20/2020 Taub-6) | | |
| 115. | 6/10/2019 Email from Sidney White to Bruce Waynne re: data available to Fund PLTF_0118 - PLTF_0119 | | |
| 116. | *Email from S. Hoffman to ljhirsc@yahoo.com FW: Quick Update 3/4/2021 HOFFMAN 0063 | | |
| 117. | Dreith Email to "Steve" re media coverage of lawsuit DRIETH 0032 (Dreith Deposition) | | |
| 118. | Email from Dreith to Neil Stubenhaus re FB Blog Piece DRIETH 0175 | | |
| 119. | *Emails RE Session Reports DEFS_00024887, DEFS_00015502, DEFS_00017045, DEFS_00018779, DEFS_00019595, DEFS_00019903, DEFS_00024966 (Oppo. to MSJ-Ex. 19) | | |

/ / /

16                                    AMENDED JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| 120. | Emails RE Session Reports<br>DEFS 00020594, DEFS 00020119,<br>DEFS 00011479, DEFS 0024971,<br>DEFS 00014583, DEFS 00034555,<br>DEFS 00021479, DEF 00028917 | | |
| 121. | *Kermit Emails<br>DEFS_00013640 -<br>DEFS_00013654; DEFS_00013656<br>- DEFS_13670; DEFS_00013672 –<br>DEFS_13686; DEFS_00013688 –<br>DEFS_13702; DEFS_00026304 -<br>DEFS_26318; DEFS_00026321 -<br>DEFS_26335<br>(Oppo. to MSJ-Ex. 21) | | |

**Website Documents**

| | | | |
|---|---|---|---|
| 122. | *LinkedIn Profile of Kristina<br>Gorbacsov<br>(Gorbacsov-2) | | |
| 123. | *9/11/2017 "SAG-AFTRA is Your<br>Voice in Music – Meet SAG-<br>AFTRA's Music Department)<br>(Gorbacsov-3) | | |
| 124. | Secretary of State Articles of<br>Incorporation for Transparence<br>Entertainment Group Inc.<br>11/8/17<br>(Dreith Deposition) | | |
| 125. | *LinkedIn Profile of Jennifer<br>LeBlanc<br>(LeBlanc-1) | | |
| 126. | *IRS Instructions for Schedule L<br>(Form 990 or 990-EZ) (2019)<br>(LeBlanc-5) | | |

/ / /

/ / /

17                              AMENDED JOINT EXHIBIT LIST

**<u>Letters</u>**

| | | | |
|---|---|---|---|
| 127. | May 7, 2009 Letter from Dennis Dreith, Kim Roberts Hedgpeth and Thomas Lee to SoundExchange Executive Director<br>DEFS_00042019 | | |
| 128. | *4/15/2010 Dear Participant Letter (Draft)<br>4/15//2010<br>DEFS_00040777 -<br>DEFS_00040778<br>(Dreith Deposition) | | |
| 129. | 10/15/2012 Dear Participant Letter<br>DEFS_00040779 -<br>DEFS_00040780<br>10/15/2012<br>(Dreith Deposition) | | |
| 130. | *9/30/2013 Dear Participant Letter<br>DEFS_00040781 -<br>DEFS_00040784<br>(1/20/2021 Taub-8) | | |
| 131. | Letter from J. Smith and B. Machuel to Hair re Rome meeting<br>6/25/2014<br>DEFS_00041722 | | |
| 132. | Letter from Hair to Gagliardi re Belgrade SCAPR meetings<br>3/5/2015<br>DEFS_00041728 | | |
| 133. | Letter from Hirschfeld Kramer LLP re April 20 Meeting<br>5/9/2016<br>DREITH_0003<br>(Dreith Deposition) | | |
| 134. | *Letter from K. Muller to S. Hoffman re April 20 Meeting<br>5/9/2016<br>HOFFMAN 0001 | | |

18                                              AMENDED JOINT EXHIBIT LIST

| 135. | Pre-Interview Information for Potential Clients<br>5/7/17<br>(Dreith Deposition) | | |
|---|---|---|---|
| 136. | *2/8/2019 Letter from Ruben Rivera to Colin Gilbert<br>PLTF_0031 | | |

**Pleadings & Discovery**

| 137. | First Amended Complaint<br>11/20/2018 | | |
|---|---|---|---|
| 138. | *Declaration of Stefanie Taub in Support of Defendants' Opposition to Plaintiff's Motion for Class Certification<br>DKT. 68-1<br>(Joyce-1) | | |
| 139. | *Declaration of Stefanie Taub in support of Notice of Motion and Motion for Summary Judgment<br>DKT. 107 | | |
| 140. | *Declaration of Duncan Crabtree-Ireland in support of Notice of Motion and Motion for Summary Judgment<br>DKT. 105 | | |
| 141. | *Declaration of Ray Hair in support of Notice of Motion and Motion for Summary Judgment<br>DKT. 106 | | |
| 142. | *Declaration of Julie Sandell in support of Notice of Motion and Motion for Summary Judgment<br>DKT. 108 | | |

/ / /

AMENDED JOINT EXHIBIT LIST

| | | |
|---|---|---|
| 143. | Declaration of Andrew Sullivan in support of Notice of Motion and Motion for Summary Judgment DKT. 109 | |
| 144. | *Responses of Defendant Bruce Bouton to Plaintiff's First Set of Interrogatories (Bouton-6) | |
| 145. | *AMENDED Responses of Defendant Bruce Bouton to Plaintiff's First Set of Interrogatories | |
| 146. | *Responses of Defendant Duncan Crabtree-Ireland to Plaintiff's First Set of Interrogatories | |
| 147. | *AMENDED Responses of Defendant Duncan Crabtree-Ireland to Plaintiff's First Set of Interrogatories | |
| 148. | *Responses of Defendant Tino Gagliardi to Plaintiff's First Set of Interrogatories (Gagliardi-1) | |
| 149. | *AMENDED Responses of Defendant Tino Gagliardi to Plaintiff's First Set of Interrogatories | |
| 150. | *Responses and Objections of SAG-AFTRA to Plaintiff's Notice of Taking of Rule 30(B)(6) Deposition and Requests for Production of Documents (Gorbacsov-1) | |
| 151. | *Responses of Defendant Screen Actors Guild-American Federation of Television and Radio Artists to Plaintiff's First Set of Interrogatories | |

AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | (Gorbacsov-5) | | |
| | 152. | *AMENDED Responses of Screen Actors Guild-American Federation of Television and Radio Artists to Plaintiff's First Set of Interrogatories | | |
| | 153. | *Responses of Defendant Raymond Hair to Plaintiff's First Set of Interrogatories (2/24 Hair-8) | | |
| | 154. | *AMENDED Responses of Defendant Raymond Hair to Plaintiff's First Set of Interrogatories | | |
| | 155. | *Responses of Defendant Jon Joyce to Plaintiff's First Set of Interrogatories | | |
| | 156. | *AMENDED Responses of Defendant Jon Joyce to Plaintiff's First Set of Interrogatories | | |
| | 157. | *Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories DEFS_00042057 - DEFS_00042097 (Joyce Blondell-3) | | |
| | 158. | *Defendants' Responses and Objections to Interrogatories Nos. 7 and 8 DEFS_00042098 - DEFS_00042107 (Joyce Blondell-4) | | |
| | 159. | *Responses and Objections of AFM to Plaintiff's Notice of Taking of Rule 30(b)(6) Deposition and Requests for Production of Documents (Painting-1) | | |

AMENDED JOINT EXHIBIT LIST

| | | | |
|---|---|---|---|
| 160. | *Responses of Defendant American Federation of Musicians to Plaintiff's First Set of Interrogatories (Painting-4) | | |
| 161. | *AMENDED Responses of Defendant American Federation of Musicians to Plaintiff's First Set of Interrogatories | | |
| 162. | *Responses of Defendant Stefanie Taub to Plaintiff's First Set of Interrogatories (10/20/2020 Taub-2) | | |
| 163. | *AMENDED Responses of Defendant Stefanie Taub to Plaintiff's First Set of Interrogatories | | |
| 164. | *Responses and Objections of the AFM and SAG-AFTRA Intellectual Property Distribution Fund to Plaintiff's Subpoena and Notice of Taking Deposition and Requests for Production of Documents (1/20/2021 Taub-1) | | |
| 165. | *Plaintiff Kevin Risto's Responses to First Set of Interrogatories 7/5/2019 | | |
| 166. | *Plaintiff Kevin Risto's Responses to First Set of Requests for Production 7/5/2019 | | |
| 167. | *Plaintiff Kevin Risto's Responses to Second Set of Interrogatories 2/12/2021 | | |
| 168. | *Blondell* Second Amended Complaint 2/7/2018 | | |

AMENDED JOINT EXHIBIT LIST

| 169. | *Blondell* Order Granting Motion for Settlement<br>10/30/2020 | | |

**Financial Statements**

| 170. | *2010 Form 990 for AFM and AFTRA Intellectual Property Rights Distribution Fund<br>DEFS_00042110 -<br>DEFS_00042136<br>(Joyce Blondell-6) | | |
| 171. | *2011 Form 990 for AFM and AFTRA Intellectual Property Rights Distribution Fund<br>DEFS_00042140 -<br>DEFS_00042164<br>(Joyce Blondell-9) | | |
| 172. | *2013 Form 990 for AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>DEFS_00040241 -<br>DEFS_00040265<br>(2/16 Crabtree-Ireland-4) | | |
| 173. | *2013 Amended Form 990 for AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund UPDATE filed 2/15/2016<br>DEFS_00041753 -<br>DEFS_00041792<br>(2/16 Crabtree-Ireland-5) | | |
| 174. | *AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund Financial Statements, March 31, 2014 & 2013<br>MKA 000065 - MKA 000081<br>(1/20/2021 Taub-9) | | |

/ / /

/ / /

AMENDED JOINT EXHIBIT LIST

| 175. | *2014 Form 990 - Return of Organization Exempt from Income Tax<br>AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>8/8/2016<br>DEFS_00040300 | | |
|---|---|---|---|
| 176. | *2015 Form 990 - Return of Organization Exempt from Income Tax<br>AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>8/8/2016<br>DEFS 00040300 | | |
| 177. | *2015 Form 8879-EO for AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>DEFS_00042344 -<br>DEFS_00042386<br>(Joyce Blondell-36) | | |
| 178. | *AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund Consolidated Financial Statements<br>3/31/2015<br>DEFS_00000032 -<br>DEFS_00000047<br>(Dreith Deposition) | | |
| 179. | *2016 Form 990 for AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>DEFS_00042444 -<br>DEFS_00042473<br>(Joyce Blondell-46) | | |
| 180. | *Consolidated Financial Statements March 31, 2016<br>2/27/2017<br>DEFS_00000065 | | |

/ / /

/ / /

24

| 181. | *2016 Form 990 - Return of Organization Exempt from Income Tax<br>AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>8/2/2018<br>DEFS_00040680 | | |
|------|---|---|---|
| 182. | *2017 Form 990 - Return of Organization Exempt from Income Tax<br>AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>2/14/2019<br>DEFS_00040736 | | |
| 183. | *2018 Form 990 - Return of Organization Exempt from Income Tax<br>AFM & SAG-AFTRA Intellectual Property Rights Distribution Fund<br>2/10/2020<br>DEFS_00041650 | | |
| 184. | *Consolidated Financial Statements March 31, 2018 and 2017<br>4/3/2019<br>DEFS_00000048 | | |
| 185. | *Consolidated Financial Statements March 31, 2019<br>https://www.afmsagaftrafund.org/Our-Annual-Report.php | | |

**Miscellaneous**

| 186. | *S. Hoffman Meeting Notes (Meeting with Duncan Crabtree Ireland - 8/7/17)<br>HOFFMAN 0033 | | |
|------|---|---|---|

/ / /

/ / /

| | | | |
|---|---|---|---|
| 187. | Chart Showing SoundExchange Board of Trustees 2021 www.soundexchange.com/ about/our-team/board-of-directors/ | | |
| 188. | Taub Deposition Notes DEFS_00041810 - DEFS_00041814 | | |
| 189. | Hair Deposition Notes DEFS_00042024 - DEFS_00042426 | | |
| 190. | Notes re: 2013 to 2020 income revenue for SAG-AFTRA (Duncan Deposition Notes) DEFS_00042021-23 (2/17 Crabtree-Ireland-3) | | |
| 191. | In re Determination of Royalty Rates and Terms for Ephemeral Recording and Digital Performance of Sound Recordings (WEB IV), Testimony of Raymond M. Hair, Jr., Docket No. 14-CRB-0001-WR (2016-2020) | | |
| 192. | Full Committee Hearing on Assessing the Impact of the Copyright Royalty Rates on Recording Artists and Webcasters, Committee on Small Business United States House of Representatives, One Hundred Tenth Congress, First Session, June 28, 2007, Serial Number 110-33 | | |

/ / /

26

| 193. | Digital Performance Right in Sound Recordings and Ephemeral Recordings, Final Rule and Order, 72 FR 240844, May 1, 2007 | | |
|---|---|---|---|
| 194. | In the Matter of Digital Performance Right in Sound Recordings and Ephemeral Recordings, Docket No. 2005-1 CRB DTRA, Testimony of Barrie L. Kessler, Chief Operating Officer, SoundExchange, Inc., October 2005 | | |
| 195. | In the Matter of Adjustment of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services, Docket No. 2006-1 CRB DSTRA, Testimony of Barrie Kessler, Chief Operating Officer of Sound Exchange Inc., October 2006 | | |
| 196. | In the Matter of Digital Performance Right in Sound Recordings and Ephemeral Recordings, Docket No. 2005-1 CRB DTRA, Hearing Transcript June 6, 2006, Testimony of Barrie Kessler | | |

**Expert Related Documents**

| 197. | David Nolte Curriculum Vitae (Nolte-1) | | |
|---|---|---|---|
| 198. | Fulcrum Financial Inquiry LLP Invoices NOLTE00000001 - NOLTE00000009; | | |

27                                          AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| | | NOLTE00001228 - NOLTE00001229 (Nolte-2) | | |
| | 199. | Fulcrum Inquiry Retention Agreement NOLTE000000010 - NOLTE000000016 (Nolte-3) | | |
| | 200. | Nolte Expert Report [Rule 26(a)(2)(B)] (Nolte-4) | | |
| | 201. | "Steps in Valuing Intellectual Property" by Fulcrum Inquiry (Nolte-5) | | |
| | 202. | *Adams Rebuttal Expert Report | | |
| | 203. | *Curriculum Vitae of Kerry Adams (Adams-1) | | |
| | 204. | Excel Sheet – Review of Foreign CMO: Costs and Data Sources (Adams-2) | | |
| | 205. | Bookman Expert Report | | |
| | 206. | Curriculum Vitae of Mark A. Bookman (Bookman-1) | | |
| | 207. | Table: Service Fee as Percentage of Fund's Administrative Cost (Bookman-2) | | |
| | 208. | Tables: Service Fee as Percentage of Net Income for Unions (Bookman-3) | | |
| | 209. | *Conflict of Interest Policy [Model] (Bookman-4) | | |

/ / /

AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 210. | *PowerPoint Presentation: Legal Duties -- Orientation for Tax-Exempt Board of Directors (Bookman-5) | | | |
| 211. | Bookman Rebuttal Report | | | |
| 212. | Kessler Rebuttal Report | | | |
| 213. | *Curriculum Vitae of (Kessler-1) | | | |
| 214. | Kessler Report Table: Fund Researcher Hours (Kessler-T1) | | | |
| 215. | *Nolte Report Table: Royalties Received by the Fund (Nolte-T1) | | | |
| 216. | *Nolte Report Table: Fund's payment to Unions under the 2013 Agreement (Nolte-T2) | | | |
| 217. | *Nolte Report Table: The Fund's royalties and payable to participants (Nolte-T3) | | | |
| 218. | *Nolte Report Table: "Unclaimed" participants (Nolte-T4) | | | |
| 219. | Nolte Report Table: Count of Union vs. non-union participants (Nolte-T5) | | | |
| 220. | Nolte Report Table: New titles created in the Fund's database (Nolte-T8) | | | |

/ / /

/ / /

/ / /

29

## Union Documents

| | | | |
|---|---|---|---|
| 221. | SAG-AFTRA Constitution, October 2, 2015 (2/17 Crabtree-Ireland-1) | | |
| 222. | AFM Copyright Highlights & Advocacy Efforts DEFS_00042024 - DEFS_00042026 (2/25 Hair-1) | | |
| 223. | Bylaws of the Amer. Fed. of Musicians of US and Canada Revised 9/15/2019 (2/25 Hair-2) | | |

## Reserved

| | | | |
|---|---|---|---|
| 224-240 | [RESERVED FOR DEFEDANTS] | | |
| 241 | LinkedIn Profile of Tino Gagliardi | | |
| 242 | Responses and Objections of Defendant Bruce Bouton to Plaintiff's First Set of Requests for Admission 2/21/2021 | | |
| 243 | Responses and Objections of Defendant Duncan Crabtree-Ireland to Plaintiff's First Set of Requests for Admission 2/21/2021 | | |
| 244 | Responses and Objections of Defendant Tino Gagliardi to Plaintiff's First Set of Requests for Admission 2/21/2021 | | |
| 245 | Responses and Objections of Defendant Ray M. Hair, Jr. to Plaintiff's First Set of Requests for Admission 2/21/2021 | | |

AMENDED JOINT EXHIBIT LIST

| | | | | |
|---|---|---|---|---|
| 246 | Responses and Objections of Defendant Jon Joyce to Plaintiff's First Set of Requests for Admission 2/21/2021 | | | |
| 247 | Responses and Objections of Defendant Stefanie Taub to Plaintiff's First Set of Requests for Admission 2/21/2021 | | | |
| 248 | Responses and Objections of Defendant AFM to Plaintiff's First Set of Requests for Admission 2/21/2021 | | | |
| 249 | Responses and Objections of Defendant SAG-AFTRA to Plaintiff's First Set of Requests for Admission 2/21/2021 | | | |
| 250-270 | [RESERVED FOR PLAINTIFF] | | | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

31                                            AMENDED JOINT EXHIBIT LIST

1    DATED: July 14, 2021              KIESEL LAW LLP

2

3                                      By:   /s/ Mariana A. McConnell

4                                            Paul R. Kiesel
                                             Mariana A. McConnell
5                                            Nico L. Brancolini
                                             **KIESEL LAW LLP**
6

7                                            Neville L. Johnson
                                             Daniel Lifschitz
8                                            **JOHNSON & JOHNSON LLP**
9                                            *Attorneys for Plaintiff and the Class*

10

11                                     By:   /s/ Andrew J. Thomas

12                                           Andrew J. Thomas
                                             Alexander M. Smith
13                                           Andrew G. Sullivan
                                             Anna K. Lyons
14                                           **JENNER & BLOCK LLP**
15                                           *Attorneys for All Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED JOINT EXHIBIT LIST