PAUL R. KIESEL (State Bar No. 119854)
  *kiesel@kiesel.law*
MARIANA A. MCCONNELL (State Bar No. 273225)
  *mcconnell@kiesel.law*
NICO L. BRANCOLINI (State Bar No. 318237)
  *brancolini@kiesel.law*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211-2910
Tel: (310) 854-4444
Fax: (310) 854-0812

NEVILLE L. JOHNSON (State Bar No. 66329)
  *njohnson@jjllplaw.com*
DANIEL B. LIFSCHITZ (State Bar No. 285068)
  *dlifschitz@jjllplaw.com*
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, CA 90210
Tel: (310) 975-1080
Fax: (310) 975-1095

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN RISTO, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>  v.<br><br>SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a Delaware corporation; AMERICAN FEDERATION OF MUSICIANS OF THE UNITED STATES AND CANADA, a California nonprofit corporation; RAYMOND M. HAIR, JR, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; TINO GAGLIARDI, an individual, | Case No. 2:18-CV-07241-CAS-PLA<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Christina A. Snyder<br>Date: February 28, 2022<br>Time: 10:00 a.m.<br>Crtrm: 8D |

| | |
|---|---|
| 1 | as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; DUNCAN CRABTREE-IRELAND, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; STEFANIE TAUB, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; JON JOYCE, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; BRUCE BOUTON, an individual, as Trustee of the AFM and SAG-AFTRA Intellectual Property Rights Distribution Fund; and DOE DEFENDANTS 1-10, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Defendants. |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 28, 2022, at 10:00 a.m., or as soon thereafter as the matter may be heard in the Courtroom of the Honorable Christina A. Snyder, United States District Court, Central District of California, Western Division, Plaintiff Kevin Risto will and hereby does move the Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for the entry of an Order granting final approval at the class settlement reached herein.

This Motion is unopposed by Defense Counsel, all counsel have had communications regarding the filing of the instant Motion and it is being filed at the direction of the Court so that the parties have substantially complied with Local Rule 7-3.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities in support thereof, the Declarations of Class Counsel and the Settlement Administrator, the pleadings and papers on file in this action, and such oral and documentary evidence as may be presented at the hearing on this Motion.

DATED: January 26, 2022        **KIESEL LAW LLP**

By:   /s/ Paul R. Kiesel
Paul R. Kiesel
Mariana A. McConnell
Nico L. Brancolini

**JOHNSON & JOHNSON LLP**
Neville L. Johnson
Daniel Lifschitz

*Attorneys for Plaintiff and the Class*