UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-7241-CAS(PLAx) | Date | February 28, 2022 |
|---|---|---|---|
| Title | *KEVIN RISTO v. SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Sherri Kleeger | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Mariana McConnell
Paul Kiesel
Nicholas Brancolini

Attorneys Present for Defendants:

Andrew Sullivan

**Proceedings:** ZOOM HEARING RE: PLAINTIFF'S MOTION FOR ATTORNEY FEES, LITIGATION COSTS AND SERVICE AWARD (Filed 12/22/21)[175]; AND

PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (Filed 01/26/22)[178]

Hearing held by Zoom and counsel are present. Plaintiff, Kevin Risto, is also present. The Court confers with counsel, as stated on the record. The Court grants plaintiff's motions referenced above. Plaintiff's counsel shall provide a combined Proposed Order for the Court's final approval forthwith.

|  | 00 : 05 |
|---|---|
| Initials of Preparer | CMJ |